

**Shawn C. Petretti**
Superintendent of Schools
**Charles M. Delargy**
Business & Operations Administrator
**Kelly M. Urraro**
Director of Technology



**Ilana Finnegan**
Director of Curriculum, Instruction &
Innovation
**Greggory Wormuth**
Director of Athletics, PE & Health
**Meredythe Alliegro**
Director of Pupil Personnel Services

# MATTITUCK-CUTCHOGUE UNION FREE SCHOOL DISTRICT
## Central Administrative Offices

CERTIFIED MAIL

To the Parents or Guardians of
~~Connor Hammarth~~
1680 Westview Drive
Mattituck, NY 11952

Dear Parent or Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the School District.

As of the date of this letter, your child is missing the following immunizations:
Hepatitis B: 3 doses
Meningococcal Conjugate Vaccine: 1 dose
MMR: 2 doses
Polio: 3 doses
Tdap/Td: 1dose
Varicella: 2 doses

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR). To be considered in process, the School District must receive documentation that indicates the following:

(1) a child has received at least the first dose in each immunization series required by section 2164 of the Public Health Law (except in the case of live vaccines in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

**BOARD OF EDUCATION**
**Patricia Arslanian, President   Douglas Cooper, Vice President**
**Trustees: Jennifer Anderson, Jeffrey Connolly, Karen Letteriello, Lorraine Warren**

(2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

(3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Sample Exclusion Letter Proof of immunization can be:

• An immunization certificate signed or stamped by your health care practitioner.

• A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.

• An electronic health record from your provider's office.

• A blood test (titer) lab report that proves your child is immune to the diseases.

• For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox. In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before September 16, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR) in order to prevent your child from being excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR).

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Shawn C. Petretti
Superintendent

SCP:lmb

cc: M. Alliegro
    P. Burke
    J. Guarriello

Enclosure



**Shawn C. Petretti**
Superintendent of Schools
**Charles M. Delargy**
Business & Operations Administrator
**Kelly M. Urruro**
Director of Technology

**Ilana Finnegan**
Director of Curriculum, Instruction &
Innovation
**Greggory Wormuth**
Director of Athletics, PE & Health
**Meredythe Alliegro**
Director of Pupil Personnel Services

## MATTITUCK-CUTCHOGUE UNION FREE SCHOOL DISTRICT
### Central Administrative Offices

CERTIFIED MAIL

To the Parents or Guardians of

1680 Westview Drive
Mattituck, NY 11952

Dear Parent or Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the School District.

As of the date of this letter, your child is missing the following immunizations:
Hepatitis B: 2 doses
Meningococcal Conjugate Vaccine: 1 dose
MMR: 2 doses
Polio: 2 doses
Tdap/Td: 3 doses
Varicella: 2 doses

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR). To be considered in process, the School District must receive documentation that indicates the following:

(1) a child has received at least the first dose in each immunization series required by section 2164 of the Public Health Law (except in the case of live vaccines in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

(2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

**BOARD OF EDUCATION**
**Patricia Arslanian, President  Douglas Cooper, Vice President**
**Trustees: Jennifer Anderson, Jeffrey Connolly, Karen Letteriello, Lorraine Warren**

(3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Sample Exclusion Letter Proof of immunization can be:

• An immunization certificate signed or stamped by your health care practitioner.

• A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.

• An electronic health record from your provider's office.

• A blood test (titer) lab report that proves your child is immune to the diseases.

• For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox. In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before September 16, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR) in order to prevent your child from being excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR).

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Shawn C. Petretti
Superintendent

SCP:lmb

cc: M. Alliegro
    P. Burke
    J. Guarriello

Enclosure



| | |
|---|---|
| **NEW YORK**<br>**STATE OF**<br>**OPPORTUNITY.** | **Department**<br>**of Health** |

**KATHY HOCHUL**
Governor

**JAMES V. McDONALD, M.D., M.P.H.**
Commissioner

**JOHANNE E. MORNE, M.S.**
Executive Deputy Commissioner

September 09, 2024

Parent/Guardian of ~~██████████~~
391 MIDDLE RD
BAYPORT NY 11705

This letter is to inform you that the New York State Department of Health (the "Department") has deleted some or all of your child's immunizations reported to the New York State Immunization Information System (NYSIIS) by Wild Child Pediatrics/Julie DeVuono. The Department has determined that these vaccinations reported by Wild Child are invalid and do not satisfy New York's requirements for school entrance or attendance. If your child has attended school for more than 14 days using these fraudulent vaccination records as proof of meeting vaccination requirements, they must immediately be excluded until and unless valid proof of vaccination or immunity is provided to the school.

We encourage you to contact a provider immediately to ensure that your child receives all age-appropriate vaccinations required for school entrance and attendance (see https://www.health.ny.gov/publications/2370.pdf). Children attending day care or pre-K through 12th grade in New York State must receive all required doses of vaccines on the recommended schedule to attend or remain in school.

If you have questions or concerns, please contact OSAS@health.ny.gov

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health

 

# Union Free School District

## Bayport-Blue Point High School
### A National Blue Ribbon School of Excellence

September 10, 2024

Parent or Guardian

391 Middle Road
Bayport, NY 11705

**Notification of Exclusion Based on Immunization Status**

Dear Parent or Legal Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the School District.

As of the date of this letter, your child is missing the following immunizations:

| Immunization Name | # of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 2 |
| Polio | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Hepatitis B | 3 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (MenACWY) | |
| Hemophilus Influenzae (HIB) | |
| Pneumococcal Conjugate (PCV) | |

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 18, 2024. To be considered in process, the School District must receive documentation that indicates the following:

      () a child has received at least the first dose in each immunization series required by
           section 2164 of the Public Health Law (except in the case of live vaccines in which a





Dr. *Timothy P. Hearney*

Jamal Walcott
*Principal*

Neil J. Zarcone
*Assistant Principal*

## Bayport-Blue Point High School
*A National Blue Ribbon School of Excellence*

child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Proof of immunization can be:

- An immunization certificate signed or stamped by your health care practitioner.
- A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.
- An electronic health record from your provider's office.
- A blood test (titer) lab report that proves your child is immune to the diseases.
- For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox.

In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before September 18, 2024 in order to prevent your child from being excluded from school as of September 18, 2024.

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Jamal Walcott
Principal



# Sachem Central School District

*Sachem Central School District*

Georgia Abandonu, Ph.D.
*Principal*

Patti Trombetta
*Superintendent of Schools*

Carolee Hagel
Tara Scully
*Assistant Principals*

September 9, 2024

Dear Parent or Guardian:

Your child, _____ will be excluded from school beginning September 18, 2024, until such a time that they are in compliance with the Immunization requirements of New York State. The New York State Department of Health notified the Sachem School District that your child does not meet the immunization requirements because they are a former patient of Julie DeVanne of Wild Child Pediatrics. Some or all of their vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System. If you can produce new updated proof of vaccination records prior to the exclusion date, your child will remain in school. Understand that if proof of vaccinations is not presented, Sachem must contact the Suffolk County DOH of the exclusion.

In order for your child to remain in school, the following must be provided:

> Proof of immunization given by a medical professional and verified in the New York State Immunization System.
> Blood drawn vaccination titer proof for MMR, Varicella and Hepatitis B.
> DTap, Polio, Tdap, and Meningococcal will need a new proof of immunization from a medical professional.
> Immunization catch-up schedule and proof of appointments of needed immunizations.

If there are any questions regarding the immunization requirements, please call your child's school nurse.

Very Truly Yours,

Georgia Abandonu, Ph.D.
Principal

51 School Street
Lake Ronkonkoma,
NY 11742
631.471.1700

www.sachem.edu

e1.jpeg



**NEW YORK STATE** | **Department of Health**

KATHY HOCHUL
Governor

JAMES V. McDONALD, M.D., M.P.H.
Commissioner

JOHANNE E. MORNE, M.S.
Executive Deputy Commissioner

September 09, 2024

Parent/Guardian of ███████
25 LAKE TERRACE
LAKE RONKONKOMA NY 11779

This letter is to inform you that the New York State Department of Health (the "Department") has deleted some or all of your child's immunizations reported to the New York State Immunization Information System (NYSIIS) by Wild Child Pediatrics/Julie DeVuono. The Department has determined that these vaccinations reported by Wild Child are invalid and do not satisfy New York's requirements for school entrance or attendance. If your child has attended school for more than 14 days using these fraudulent vaccination records as proof of meeting vaccination requirements, they must immediately be excluded until and unless valid proof of vaccination or immunity is provided to the school.

We encourage you to contact a provider immediately to ensure that your child receives all age appropriate vaccinations required for school entrance and attendance (see https://www.health.ny.gov/publications/2370.pdf). Children attending day care or pre-k through 12th grade in New York State must receive all required doses of vaccines on the recommended schedule to attend or remain in school.

If you have questions or concerns, please contact OSAS@health.ny.gov

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health



NEW YORK Department
STATE OF of Health
OPPORTUNITY.

KATHY HOCHUL    JAMES V. McDONALD, M.D., M.P.H.    JOHANNE E. MORNE, M.S.
Governor         Commissioner                        Executive Deputy Commissioner

September 09, 2024

Parent/Guardian of [redacted]
72 LAKE TER
LAKE RONKONKOMA NY 11779

This letter is to inform you that the New York State Department of Health (the "Department") has deleted some or all of your child's immunizations reported to the New York State Immunization Information System (NYSIIS) by Wild Child Pediatrics/Julie DeVuono. The Department has determined that these vaccinations reported by Wild Child are invalid and do not satisfy New York's requirements for school entrance or attendance. If your child has attended school for more than 14 days using these fraudulent vaccination records as proof of meeting vaccination requirements, they must immediately be excluded until and unless valid proof of vaccination or immunity is provided to the school.

We encourage you to contact a provider immediately to ensure that your child receives all age-appropriate vaccinations required for school entrance and attendance (see https://www.health.ny.gov/publications/2370.pdf). Children attending day care or pre-K through 12th grade in New York State must receive all required doses of vaccines on the recommended schedule to attend or remain in school.

If you have questions or concerns, please contact OSAS@health.ny.gov

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health

# Notification of Exclusion Based on Immunization Status

September 12, 2024

To The Parent/Guardian Of

███████
1 Preston Hollow Ct
Northport, NY 11768

Dear Parent or Legal Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the Northport-East Northport School District.

As of the date of this letter, your child is missing the following immunizations:

| Immunization | Number of Doses Needed |
|---|---|
| Polio | 3 |
| Hepatitis B | 3 |
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (Men ACWY) | 2 |

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school at the end of the school day on Thursday, September 19, 2024. To be considered in process, the School District must receive documentation that indicates the following:

(1) a child has received at least the first dose in each immunization series required by section 2164 of the Public Health Law (except in the case of live vaccines, MMR or Varicella, in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

(2) a child has had blood drawn for a serologic test (measles, mumps, rubella, hepatitis B or Varicella) and is awaiting test results within 14 days after the blood draw; or

(3) child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Proof of immunization can be:

- An immunization certificate signed or stamped by your health care practitioner.

- A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.

- An electronic health record from your provider's office.

- A blood test (titer) lab report that proves your child is immune to the diseases (measles, mumps, rubella, hepatitis B or Varicella).

- For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox.

In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before the end of the school day on Thursday, September 19, 2024 in order to prevent your child from being excluded from school as of Friday, September 20, 2024.

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Pasquale DeStefano
Principal

Janusi Walker
*Principal*

Neil J. Zarrens
*Assistant Principal*



# Bayport-Blue Point
# Union Free School District

Dr. Timothy P. Hearney
*Superintendent of Schools*

### Bayport-Blue Point High School
*A National Blue Ribbon School of Excellence*

September 10, 2024

Parent or Guardian

391 Middle Road
Bayport, NY 11705

## Notification of Exclusion Based on Immunization Status

Dear Parent or Legal Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the School District.

As of the date of this letter, your child is missing the following immunizations:

| Immunization Name | # of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 1 |
| Polio | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Hepatitis B | 3 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (MenACWY) | |
| Hemophilus Influenzae (HIB) | |
| Pneumococcal Conjugate (PCV) | |

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 18, 2024. To be considered in process, the School District must receive documentation that indicates the following:

   1) a child has received at least the first dose in each immunization series required by
      section 2164 of the Public Health Law (except in the case of live vaccines in which a

300 Snedecor Avenue, Bayport, New York 11705 · (631) 472-7800 · www.bbpschools.org



Jamal Walcott
*Principal*

Neil J. Lorraine
*Assistant Principal*

**Bayport-Blue Point Union Free School District**

Dr. Timothy P. Hearney
*Superintendent of Schools*

### Bayport-Blue Point High School
*A National Blue Ribbon School of Excellence*

child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Proof of immunization can be:

• An immunization certificate signed or stamped by your health care practitioner.
• A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.
• An electronic health record from your provider's office.
• A blood test (titer) lab report that proves your child is immune to the diseases.
• For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox.

In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before September 18, 2024 in order to prevent your child from being excluded from school as of September 18, 2024.

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Jamal Walcott
Principal

Enclosure



**NEW YORK** STATE OF OPPORTUNITY.

**Department of Health**

KATHY HOCHUL
Governor

JAMES V. McDONALD, M.D., M.P.H.
Commissioner

JOHANNE E. MORNE, M.S.
Executive Deputy Commissioner

September 09, 2024

Parent/Guardian of ~~[redacted]~~
1 VINEYARD COURT
SAINT JAMES NY 11780

This letter is to inform you that the New York State Department of Health (the "Department") has deleted some or all of your child's immunizations reported to the New York State Immunization Information System (NYSIIS) by Wild Child Pediatrics/Julie DeVuono. The Department has determined that these vaccinations reported by Wild Child are invalid and do not satisfy New York's requirements for school entrance or attendance. If your child has attended school for more than 14 days using these fraudulent vaccination records as proof of meeting vaccination requirements, they must immediately be excluded until and unless valid proof of vaccination or immunity is provided to the school.

We encourage you to contact a provider immediately to ensure that your child receives all age-appropriate vaccinations required for school entrance and attendance (see https://www.health.ny.gov/publications/2370.pdf). Children attending day care or pre-K through 12th grade in New York State must receive all required doses of vaccines on the recommended schedule to attend or remain in school.

If you have questions or concerns, please contact OSAS@health.ny.gov

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health



# Huntington Union Free School District
**Woodhull Intermediate School | Stephanie Campbell, Principal**
scampbell@hufsd.edu
Phone (631) 673-2030
Fax (631) 425-4718

## Notification of Possible Exclusion Based on Immunization Status

Dear Parent/Guardian of                                           Date: 09/10/24

We have not received proof that your child has received the immunizations (shots) required by New York State Law Section 2164, to enter and attend school.

### Unless you provide proof of immunization by 09/13/24, your child can no longer attend school.

**Proof of immunization can be:**
- An immunization certificate signed or stamped by your health care practitioner
- A record issued by NYSIIS or CIR from NYC or an official immunization registry from another state or official record from a foreign country
- An electronic health record from your provider's office
- A blood test (titer) lab report that proves your child is immune to the diseases
- For varicella (chickenpox), a note from your health care provider (MD, NP, PA) which says your child had chickenpox.

If you do not have a health care provider or need help getting the immunizations, you can contact the Suffolk County Department of Health Immunization Action Program at (631) 854-0222 or access their website at https://www.suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

If you are providing proof of appointments, we need **PROOF OF SCHEDULED APPOINTMENTS in accordance with the NYS immunization/ACIP catch-up schedule for ALL required immunization doses. Only appointments on doctor's appointment cards or stamped by a doctor's office will be accepted.**

### Your child needs these immunizations to attend school

| Immunization | Number of Doses Needed |
| --- | --- |
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | catch up schedule |
| Polio |  |
| Measles/Mumps/Rubella (MMR) | 1 dose |
| Hepatitis B | 2 doses |
| Varicella (Chickenpox) |  |
| Meningococcal Conjugate (MenACWY) |  |
| Hemophilus Influenzae (HIB) |  |
| Pneumococcal Conjugate (PCV) |  |

Sincerely,
*Stephanie Campbell*
Stephanie Campbell, Principal

Marie Scarola
Marie Scarola, School Nurse (631)673-2147 /mscarola@hufsd.edu

**A Tradition of Excellence since 1657**



# Huntington Union Free School District

Woodhull Intermediate School | Stephanie Campbell, Principal
scampbell@hufsd.edu
Phone (631) 673-2030
Fax (631) 425-4718

## Notification of Possible Exclusion Based on Immunization Status

Dear Parent/Guardian of ▓▓▓▓▓▓▓

Date: 09/10/24

We have not received proof that your child has received the immunizations (shots) required by New York State Law Section 2164, to enter and attend school.

**Unless you provide proof of immunization by 09/17/24, your child can no longer attend school.**

Proof of immunization can be:

* An immunization certificate signed or stamped by your health care practitioner
* A record issued by NYSIIS or CIR from NYC or an official immunization registry from another country or official record from a foreign country
* An electronic health record from your provider's office
* A blood test (titer) lab report that proves your child is immune to the diseases
* For varicella (chickenpox), a note from your health care provider (MD, NP, PA) which says your child had chickenpox.

If you do not have a health care provider or need help getting the immunizations, you can contact the Suffolk County Department of Health Immunization Action Program at (631) 854-0222 or access their website at: https://www.suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

If you are providing proof of appointments, we need PROOF OF SCHEDULED APPOINTMENTS in accordance with the NYS immunization/ACIP catch-up schedule for ALL required immunization doses. Only appointments on doctor's appointment cards or stamped by a doctor's office will be accepted.

### Your child needs these immunizations to attend school

| Immunization | Number of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 1 Tdap, Catch up series |
| Polio | 4 doses |
| Measles/Mumps/Rubella (MMR) | 1 MMR |
| Hepatitis B | 3 doses |
| Varicella (Chickenpox) | 2 doses |
| Meningococcal Conjugate (MenACWY) | |
| Hemophilus influenzae (HIB) | |
| Pneumococcal Conjugate (PCV) | |

Sincerely,

*Stephanie Campbell*
Stephanie Campbell, Principal

*Marie Scarola*
Marie Scarola, School Nurse (631) 673-2147 / MScarola@hufsd.edu

## A Tradition of Excellence since 1657



**NEW YORK STATE OF OPPORTUNITY.** | **Department of Health**

**KATHY HOCHUL**
Governor

**JAMES V. McDONALD, M.D., M.P.H.**
Commissioner

**JOHANNE E. MORNE, M.S.**
Executive Deputy Commissioner

September 09, 2024

Parent/Guardian of ████████████
23 GRISTMILL DR
KINGS PARK NY 11754

This letter is to inform you that the New York State Department of Health (the "Department") has deleted some or all of your child's immunizations reported to the New York State Immunization Information System (NYSIIS) by Wild Child Pediatrics/Julie DeVuono. The Department has determined that these vaccinations reported by Wild Child are invalid and do not satisfy New York's requirements for school entrance or attendance. If your child has attended school for more than 14 days using these fraudulent vaccination records as proof of meeting vaccination requirements, they must immediately be excluded until and unless valid proof of vaccination or immunity is provided to the school.

We encourage you to contact a provider immediately to ensure that your child receives all age-appropriate vaccinations required for school entrance and attendance (see https://www.health.ny.gov/publications/3370.pdf). Children attending day care or pre-K through 12th grade in New York State must receive all required doses of vaccines on the recommended schedule to attend or remain in school.

If you have questions or concerns, please contact OSAS@health.ny.gov.

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health



# EASTPORT ELEMENTARY SCHOOL

390 Montauk Highway • Eastport, New York 11941 • (631) 801-3173 • Fax (631) 325-1086 • www.esmonline.org

**JOSEPH A. STEIMEL**
*Superintendent of Schools*



**THOMAS FABIAN**
*Principal*

September 10, 2024

Parents of ███████████
22 North Bay Ave
Eastport, NY 11941

Dear Mr. & Mrs. Jablonski

Please allow this letter to inform you that the New York State Department of Health, Division of Vaccine Excellence has notified us in writing that certain vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System (NYSIIS). More specifically, your child, Roxana Jablonski, is out of compliance with the immunization requirements in that she is missing the following required immunizations: _MMR, Hepatitis B, Polio, Tdap, Varicella - all doses_. Furthermore, the Department of Health has notified us that, as required by the Public Health Law, your child will be required to be removed from school if you do not comply with the immunization requirements within fourteen days of the start of school.

In order for your child to remain in school, it is imperative that you provide the District with proof that (i) your child has received the any required follow-up doses, and (ii) your child has age-appropriate scheduled appointments for follow-up doses to complete the immunization series in accordance with the Immunization Practices Recommended Immunization Schedule for Person Aged 0 through 18, available at: https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf. Failure to submit proof of each by **September 17, 2024**, which is fourteen days after the first day of instruction, will result in your child being excluded from school as of the end of school on **September 17, 2024.**

This letter is to inform you that this is your last opportunity to bring your child into compliance with the immunization requirements without your child being excluded from school.

Thank you in advance for your cooperation in this matter.

Very truly yours,


Thomas Fabian
Principal


**Eastport-South Manor Central School District**
149 Dayton Avenue • Manorville, New York 11949 • (651) 801-3000 • Fax (651) 578-6750 • www.esmonline.org



**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

September 16, 2024

Mr. and Mrs. Jason Halpin
40 Arbor Field Way
Lake Grove, NY 11755

RE: J̶▓▓▓▓▓▓▓IN NOTICE OF EXCLUSION FROM SCHOOL

Dear Mr. and Mrs. Halpin:

Pursuant to Section 2164 of the New York State Public Health Law, you were previously informed of the necessity of submitting proof of immunization for your child, JOHNNY HALPIN. To date, the District has not received proof that your child has received all the immunizations required by law or is in the process of receiving such immunizations. Additional information on the required immunizations and doses may found at:

https://www.health.ny.gov/publications/2370.pdf

https://www.cdc.gov/vaccines/hcp/imz-schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Section 2164 of the Public Health Law mandates that absent a proper statutory exemption, no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization or medical documentation that the child is in the process of receiving the immunizations. When a student has failed to provide proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school.

**In accordance with New York State Public Health Law § 2164, unless and until you are able to provide the District with adequate proof of the required immunizations or adequate proof that your child is in the process of receiving such immunizations as defined in 10 NYCRR § 66-1.1(j) of the regulations of the Department of Health, including dates of immunization appointments, or you submit to the District a valid request for a medical exemption, your child will no longer be permitted to continue attendance at school as of September 17, 2024.**

In accordance with Public Health Law § 2164 (8-a)(a), and the regulations of the Department of Health, 10 NYCRR § 66-1.8, please be advised that it continues to remain your responsibility to have your child immunized. We are also required to notify the local health authority of your child's name and address and of the immunizations which your child currently lacks. In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the county health officer. The county health official may provide additional information to assist you in obtaining these immunizations for your child.

This information may be found at:
Suffolk County Department of Health at (631) 854-0222.
https://suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

**Board of Education**
Susan E. Megroz Rosenzweig, President
Karen Roughley, Vice President

Dr. Jeffrey Kerman
Dr. Shaorui Li
Dr. David McKinnon

Vincent Vizzo
Dr. Stanley Bak
Inger Germano, District Clerk

Please be advised, this determination does not relieve you of the obligation to ensure that a minors from six to sixteen years of age attends school upon full time instruction as required under Article 65 of the New York State Education Law. Therefore, we request that you notify us immediately, should you select a different education option for your child.

Finally, please be advised that pursuant to Public Health Law § 2164 (7)(b), a parent of a child denied school entrance or attendance may appeal within thirty (30) days of the date of this decision by petition to the Commissioner of Education in accordance with the provision or of Education Law § 310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found at: http://www.counsel.nysed.gov/.

Please feel free to contact my office should you have any questions concerning this correspondence.

Sincerely,

Merrilleen Heidrich

Merrilleen Heidrich
Principal

**VIA HAND DELIVERY AND EMAIL**

Dr. Kevin Scanlon, **Superintendent of Schools**
Jeffrey Carlson, **Interim Deputy Superintendent**
Dr. Gary Dabrusky, **Assistant Superintendent, Human Resources**
Dr. Brian Biscari, **Assistant Superintendent, Educational Services**
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

**Board of Education**
Susan E. Megroz Rosenzweig, President
Karen Roughley, Vice President

Dr. Jeffrey Karman
Dr. Shaorui Li
Dr. David McKinnon

Vincent Vizzo
Dr. Stanley Bak
Inger Germano, District Clerk



**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

September 17, 2024

To Parent/Guardian of █████████
40 ARBOR FIELD WAY
LAKE GROVE NY 11755

RE: ██████████████ NOTICE OF EXCLUSION FROM SCHOOL

Dear Parent/Guardian:

      Pursuant to Section 2164 of the New York State Public Health Law, you were previously informed of the necessity of submitting proof of immunization for your child, ████████████To date, the District has not received proof that your child has received all the immunizations required by law or is in the process of receiving such immunizations. Additional information on the required immunizations and doses may found at:

https://www.health.ny.gov/publications/2370.pdf

https://www.cdc.gov/vaccines/hcp/imz-schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Section 2164 of the Public Health Law mandates that absent a proper statutory exemption, no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization or medical documentation that the child is in the process of receiving the immunizations. When a student has failed to provide proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school.

**In accordance with New York State Public Health Law § 2164, unless and until you are able to provide the District with adequate proof of the required immunizations or adequate proof that your child is in the process of receiving such immunizations as defined in 10 NYCRR § 66-1.1(j) of the regulations of the Department of Health, including dates of immunization appointments, or you submit to the District a valid request for a medical exemption, your child will no longer be permitted to continue attendance at school as of September 17, 2024.**

      In accordance with Public Health Law § 2164 (8-a)(a), and the regulations of the Department of Health, 10 NYCRR § 66-1.8, please be advised that it continues to remain your responsibility to have your child immunized. We are also required to notify the local health authority of your child's name and address and of the immunizations which your child currently lacks. In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the county health officer. The county health official may provide additional information to assist you in obtaining these immunizations for your child.

This information may be found at:
Suffolk County Department of Health at (631) 854-0222.
https://suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| Board of Education | Dr. Jeffrey Kerman | Vincent Vizzo |
| Susan E. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |

Please be advised, this determination does not relieve you of the obligation to ensure that a minors from six to sixteen years of age attends school upon full time instruction as required under Article 65 of the New York State Education Law. Therefore, we request that you notify us immediately, should you select a different education option for your child.

Finally, please be advised that pursuant to Public Health Law § 2164 (7)(b), a parent of a child denied school entrance or attendance may appeal within thirty (30) days of the date of this decision by petition to the Commissioner of Education in accordance with the provision or of Education Law § 310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found at: http://www.counsel.nysed.gov/.

Please feel free to contact my office should you have any questions concerning this correspondence.

Sincerely,

Michael Jantzen
Principal

| Board of Education | Dr. Jeffrey Korman | Vincent Vizzo |
| Susan E. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Ingar Germann, District Clerk |



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

**THREE VILLAGE
CENTRAL SCHOOL DISTRICT**

*John M. Holownia, Principal*
*Ward Melville High School*

September 16, 2024

Parent/ Guardian of ██████████
40 ARBOR FIELD WAY ,
LAKE GROVE, NY 11755

           **RE:    █████████ NOTICE OF EXCLUSION FROM SCHOOL**

Dear Parent/Guardian:

        Pursuant to Section 2164 of the New York State Public Health Law, you were previously informed of the necessity of submitting proof of immunization for your child, ██████████ To date, the District has not received proof that your child has received all the immunizations required by law or is in the process of receiving such immunizations. Additional information on the required immunizations and doses may found at:

https://www.health.ny.gov/publications/2370.pdf

https://www.cdc.gov/vaccines/hcp/imz-schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Section 2164 of the Public Health Law mandates that absent a proper statutory exemption, no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization or medical documentation that the child is in the process of receiving the immunizations. When a student has failed to provide proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school.

**In accordance with New York State Public Health Law § 2164, unless and until you are able to provide the District with adequate proof of the required immunizations or adequate proof that your child is in the process of receiving such immunizations as defined in 10 NYCRR § 66-1.1(j) of the regulations of the Department of Health, including dates of immunization appointments, or you submit to the District a valid request for a medical exemption, your child will no longer be permitted to continue attendance at school as of September 17, 2024.**

        In accordance with Public Health Law § 2164 (8-a)(a), and the regulations of the Department of Health, 10 NYCRR § 66-1.8, please be advised that it continues to remain your responsibility to have your child immunized. We are also required to notify the local health authority of your child's name and address and of the immunizations which your child currently lacks. In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the county health officer. The county health official may provide additional information to assist you in obtaining these immunizations for your child.

This information may be found at:
Suffolk County Department of Health at (631) 854-0222.
https://suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

Assistant Principals: Vincent Cereola, William Corrao, Stacey Zeidman
Deans: Jay Negus, Matthew Fyfe

---

380 Old Town Road ■ East Setauket, New York 11733 ■ Telephone: 631-730-4900

---

Dr. Kevin Scanlon, **Superintendent of Schools**
Jeffrey Carlson, **Interim Deputy Superintendent**
Dr. Gary Dabrusky, **Assistant Superintendent, Human Resources**
Dr. Brian Biscari, **Assistant Superintendent, Educational Services**
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| **Board of Education** | Dr. Jeffrey Kerman | Vincent Vizzo |
| Susan H. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |

Please be advised, this determination does not relieve you of the obligation to ensure that a minors from six to sixteen years of age attends school upon full time instruction as required under Article 65 of the New York State Education Law. Therefore, we request that you notify us immediately, should you select a different education option for your child.

Finally, please be advised that pursuant to Public Health Law § 2164 (7)(b), a parent of a child denied school entrance or attendance may appeal within thirty (30) days of the date of this decision by petition to the Commissioner of Education in accordance with the provision or of Education Law § 310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found at: http://www.counsel.nysed.gov/.

Please feel free to contact my office should you have any questions concerning this correspondence.

Sincerely,

John Holownia
Principal

<u>VIA REGULAR MAIL, CERTIFIED MAIL AND EMAIL</u>

Assistant Principals: Vincent Cereola, William Corrao, Stacey Zeidman
Deans: Jay Nogus, Matthew Fyfe

380 Old Town Road ■ East Setauket, New York 11733 ■ Telephone: 631-730-4900

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| Board of Education | Dr. Jeffrey Kerman | Vincent Vizzo |
| Susan F. Magroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

*John M. Holownia, Principal*
*Ward Melville High School*

Date: _9·16·24_

Dear Parent/Guardian of: _███████████_

According to our records, your student's immunization records are incomplete. We are missing the following:

DTap, DTP _N/A_   Polio _✓ (Total needed 3)_

Hepatitis B _✓ (Total needed 3)_   Tdap _✓ (Total needed 3)_

MMR _✓ (Total needed 2)_   Varicella _✓ (Total needed 2)_

Meningococcal _✓_   Other _____

Section 2164 of the Public Health Law mandates that no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization, medical documentation that the child is in the process of receiving the immunizations or you submit to the District a valid request for a medical exemption. Without proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school.

In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the health officer of Suffolk County. The Suffolk County Department of Health Services provides a list of immunization clinics and other information that may be able to assist you in obtaining these immunizations for your child. Such information may be found at: www.suffolkcountyny.gov/Departments/HealthServices/PatientCare/ImmunizationActionProgram.aspx.

Updated immunization records can be emailed to the Health Office at wmhsnurse@3villagecsd.org, faxed directly to us at 631-730-4918 or mailed to Ward Melville. Please don't hesitate to call (631) 730-4910 with any questions.

Sincerely,

*Denise Gonzalez RN*

*Beth Bermingham, RN*

Denise Virnelli-Gonzalez, RN

Beth Bermingham, RN

Nurse

Nurse

Assistant Principals: Vincent Cereola, William Corrao, Stacey Zeidman
Deans: Jay Negus, Matthew Fyfe

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

**Board of Education**
Susan B. Megroz Rosenzweig, President
Karen Roughley, Vice President

Dr. Jeffrey Kennan
Dr. Shaorui Li
Dr. David McKinnon

Vincent Vizzo
Dr. Stanley Bak
Inger Germano, District Clerk

# RIVERHEAD HIGH SCHOOL

700 Harrison Avenue
Riverhead, NY 11901
FAX (631) 369-0648 - www.riverhead.net

Sean P. O'Hara
Principal
(631) 369-6723

Jon LaRochester
Assistant Principal
(631) 369-6744

Dorene Mongiello
Assistant Principal
(631) 369-6725

Kellyann Parlato
Assistant Principal
(631) 369-6746

Nicole M. Taylor
Assistant Principal
(631) 369-6837

Charles M. Gassar
Director of Guidance
(631) 369-6728



## Exclusion Notification For Missing Immunizations (Shots)

Dear Parent/Guardian,

Date: 9/17/24

All children must receive the immunizations (shots) required by New York State Law Section 2164 to attend school. You are receiving this letter because your child is missing the required immunization(s), or the doses were not given at the right time.

**You must provide proof of immunization(s), the required immunizations can be obtained from a health care provider or your county health department.** Please call and/or visit the Riverhead Health Center, located at 300 Center Drive Riverhead, NY 11901, or call (631) 574-2580 for more information.

**Your child is not allowed to attend school beginning 9/18/24 unless you provide proof your child has received the required immunizations.**

**These are the immunizations needed:**

**Proof of Immunization can be:**

| Immunization Name | # of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | ✓ |
| Polio | ✓ |
| Measles/Mumps/Rubella (MMR) | ✓ |
| Hepatitis B | ✓ |
| Varicella (Chickenpox) | ✓ |
| Meningococcal Conjugate (MenACWY) | ✓ |
| Pneumococcal Conjugate (PCV) | |

An immunization certificate signed or stamped by your health care provider.
A record issued by NYSIIS or CIR from NYC or an official immunization registry from another state or official record from a foreign country.
An electronic health record from your provider's office.
A blood test (titer) lab report that proves your child is immune to measles, mumps, rubella varicella (chickenpox), or hepatitis B. For varicella (chickenpox), a note from your health care provider (MD, NP, PA) which says your child had chickenpox.

As the parent/guardian you have the right to file a 310 appeal to the Commissioner of Education within 30 days of receiving this notice. Information can be found at www.counsel.nysed.gov/appeals

Sincerely,

Principal, Riverhead High School

# *Pulaski Street School*

300 Pulaski Street
Riverhead, New York 11901-2296
Tel No. (631) 369-6792
Fax No. (631) 369-7795



**Cheryl Pedisich**
Interim Superintendent of
Schools
(631) 369-6717

**Laura Arcuri**
Principal
(631) 369-6794

**Jessica Farmer**
Assistant Principal
(631) 369-6793

## Exclusion Notification For Missing Immunizations (Shots)

Dear Parent/Guardian,                    Date: 9/17/2024

All children must receive the immunizations (shots) required by New York State Law Section 2164 to attend school. You are receiving this letter because your child is missing the required immunization(s), or the doses were not given at the right time.
**You must provide proof of immunization(s), the required immunizations can be obtained from a health care provider.**

---

**Your child is not allowed to attend school beginning  9/18/24_ unless you provide proof your child has received the required immunizations.**
**These are the immunizations needed:**                    **Proof of Immunization can be:**

| Immunization Name | Vaccine Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | X |
| Polio | X |
| Measles/Mumps/Rubella (MMR) | X |
| Hepatitis B | X |
| Varicella (Chickenpox) | X |
| Meningococcal Conjugate (MenACWY) | |
| Hemophilus Influenzae (HIB) | |
| Pneumococcal Conjugate (PCV) | |

- An immunization certificate signed or stamped by your health care provider.
- A record issued by NYSIIS or CIR from NYC or an official immunization registry from another state or official record from a foreign country.
- An electronic health record from your provider's office.
- A blood test (titer) lab report that proves your child is immune to measles, mumps, rubella varicella (chickenpox), or hepatitis B.
- For varicella (chickenpox), a note from your health care provider (MD, NP, PA) which says your child had chickenpox.

As the parent/guardian you have the right to file a 310 appeal to the Commissioner of Education within 30 days of receiving this notice. Information can be found at www.counsel.nysed.gov/appeals

Sincerely,

*Laura Arc—*
(Principal Name)

This sample resource is located at www.schoolhealthny.com – Samples|Forms 9/2022