# Weisbord Declaration
# Exhibit C



James H. Boyd Intermediate School
*Office of the Principal*
286 Cuba Hill Road
Huntington, NY 11743
Phone: 631-266-5430
Fax: 631-266-6265

Board of Education
James Tomeo, President
Deborah Weiss, Vice President
Walter Edwards, Member
Thomas Scarola, Member
Sara Siddiqui MD, Member

**Elissa Millan, Principal**

**Gayle Steele, Ed.D.**
**Superintendent of Schools**

Dear Parent/Guardian of A C

Date: 09/9/24

We have not received proof that your child has received the immunizations (shots) required by New York State Law Section 2164, to enter and attend school.

**Unless you provide proof of immunization by 9/18/24**
**your child can no longer attend school.**

**Proof of immunization can be:**
- An immunization certificate signed or stamped by your health care practitioner
- A record issued by NYSIIS or CIR from NYC or an official immunization registry from another state or official record from a foreign country
- An electronic health record from your provider's office
- A blood test (titer) lab report that proves your child is immune to the diseases
- For varicella (chickenpox), a note from your healthcare provider (MD, NP, PA) which says your child had chickenpox.

If you do not have a health care provider or need help getting the immunizations, we can provide information from the local health department where your child can receive them.

**Your child needs these immunizations to attend school**

| Immunizations | Number of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 3 |
| Polio | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Hepatitis B | 3 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (MenACWY) | n/a |
| Hemophilus Influenzae (HIB) | n/a |
| Pneumococcal Conjugate (PCV) | n/a |

Sincerely,
Elissa Millan, Principal

\* To return to school student must have first dose in each series and/or show proof of positive titers