UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,

                            Plaintiffs,

    -against-

THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,

                            Defendants.

**AFFIDAVIT OF LOUIS ANTONETTI**

Case No.: 24-cv-06836 (NJC)(LGD)

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF SUFFOLK    )

    LOUIS ANTONETTI, being duly sworn, deposes and says the following under penalty of perjury:

1. I am the Principal of Sachem East High School in the Sachem Central School District ("District"), a defendant in this matter. I have been employed by the District since 9/5/03 and I have served as Principal of Sachem East High School since 7/16/11.

2. I submit this Affidavit, which is based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

3. As a school Principal, I am responsible for ensuring that students in my building (Sachem East High School) are in compliance with New York State's mandatory immunization requirements for schools, which are set forth in Section 2164 of New York's Public Health Law.

4. On September 9, 2024, I learned the District received an email from the DOH's "stopvaxfraud@health.ny.gov" email account, which notified the District that some of its students with vaccination records from Wild Child had been wholly or partially invalidated and removed from NYSIIS. (A copy of the September 9, 2024 DOH email is attached as Exhibit A to the

1

Affidavit of Kimberly Monsen.) The email commanded the District to exclude any student as of the 14th calendar day after the start of the school year who had not submitted a new proof of vaccination or immunity. (*Id.*) The email included an Excel spreadsheet listing the District students whose vaccination records were invalidated. (*Id.*) I was informed that a student in my school (M.W.) was on the list. (*Id.*)

5. On September 10, 2024, I sent a letter to M.W.'s parents by mail ("Exclusion Letter"), a copy of which is attached as Exhibit A.

6. In the Exclusion Letter, I explained that as per directives by the DOH, vaccinations administered by Wild Child Pediatrics were invalid and removed from NYSIIS. (*Id.*) The Exclusion Letter cautions that pursuant to DOH directives and the mandatory vaccination requirements set forth in New York's Public Health Law, the District was required to exclude M.W. from school as of September 18, 2024, unless his parents provided proof that M.W. had received all required immunizations. (*Id.*). The Exclusion Letter explained the immunizations and applicable proof needed for each series and requested proof of immunization. (*Id.*)

7. Sometime on September 9 or September 10, 2024, I spoke with M.W.'s mother over the phone to discuss the information discussed in the Exclusion Letter. We also discussed what she would need to do to show proof of immunity.

8. M.W.'s parents never submitted any documentation about titers or proof of immunization for M.W.

9. Due to a pending motion for a temporary restraining order in a related state court proceeding, in an abundance of caution the District postponed the exclusion of students on September 18, 2024. But having received no determination in the state court proceeding, the District excluded M.W. on September 19, 2024. M.W. was not in school on this date.

2

10. On October 4, M.W.'s mother emailed me a letter of intent to homeschool M.W. for the remainder of the 2024-2025 school year, a copy of which is attached as Exhibit B.

11. M.W.'s school records also reflect that his parents voluntarily homeschooled him during the entirety of the 2020-2021 and 2021-2022 school years.

12. After the DOH removed M.W.'s immunizations from NYSIIS, and his family failed to submit any new proof of vaccination or proof of immunity, the District was required by law to exclude M.W. from school.

LOUIS ANTONETTI

Sworn to before me this 13th day of December, 2024

Notary Public

RICHARD A. GEARNS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GE6071714
Qualified in Suffolk County
Commission Expires 04/30/2026

3

# Antonetti
# EXHIBIT A



# Sachem Central School District

## Sachem High School East

**Lou Antonetti,**
*Principal*

**John Cariddi**
**Brian Kolar**
**Marc Mastropolo**
*Assistant Principals*

**Patti Trombetta,**
*Superintendent of Schools*

177 Granny Road
Farmingville, NY
11738
631.716.8200



#WeAreSachem

September 10, 2024

Ms. Marietta Villalta

Dear Ms. Villalta:

Your child, M▮▮▮ W▮▮▮, will be excluded from school beginning September 18, 2024, until such a time that they are in compliance with the immunization requirements of New York State. The New York State Department of Health notified the Sachem School District that your child does not meet the immunization requirements because they are a former patient of Julie DeVuono of Wild Child Pediatrics. Some or all of their vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System. If you can produce new/updated proof of vaccination records prior to the exclusion date, your child will remain in school. Understand that if proof of vaccinations is not presented, Sachem must contact the Suffolk County DOH of the exclusion.

In order for your child to remain in school, the following must be provided:

- Proof of immunizations given by a medical professional and verified in the New York State Immunization System.

- Blood drawn vaccination titer proof for MMR, Varicella and Hepatitis B.

- Dtap, Polio, Tdap, and Meningococcal will need a new proof of immunization from a medical professional.

- Immunization catch-up schedule and proof of appointments of needed immunizations.

If there are any questions regarding the immunization requirements, please call your child's school nurse.

Very Truly Yours,

*[signature]*

Principal

www.sachem.edu

# Antonetti
# EXHIBIT B

**From:** marietta villalta <marietta815@hotmail.com>
**Sent:** Friday, October 4, 2024 2:36 PM
**To:** Louis Antonetti <LANTONETTI@sachem.edu>; Brian Walker <bwalk1988@aol.com>
**Subject:** M████ W████████

> CAUTION: This email originated from outside of our organization! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!
>
> ~ Sachem Central School District - Office of Instructional Technology ~

To Sachem school district,

We are sending this letter of intent as required of Section 101.10 of the Regulations of the New York State Commissioner of Education.
We intend to homeschool our son, M████ W████, for the remainder of the 2024-2025 Jr. school year.

Sincerely Yours,
Marietta Villalta & Brian Walker

NOTICE: This e-mail and any attachments may contain confidential and proprietary information of the Sachem Central School District and may be legally privileged. This e-mail is intended solely for the addressee. If you are not the addressee, dissemination, copying or other use of this e-mail or any of its content is strictly prohibited and may be unlawful. If you are not the intended recipient please inform the sender immediately and destroy the e-mail and any copies. Any views expressed in this message are those of the individual sender. No contract may be construed by this e-mail. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

**Carolann Bianchini**

| | |
|---|---|
| **From:** | Kimberly Varrichio |
| **Sent:** | Tuesday, October 8, 2024 8:42 AM |
| **To:** | Carolann Bianchini |
| **Subject:** | FW: Transfer of M███ W███ form East to Home Schooling Effective 10/4/2024 |

Morning!

Please see the email below...

I will withdraw M███ in e-school.

Thanks,

*Kim Varrichio*
Sachem Central School District
Central Registration
51 School Street
Ronkonkoma, NY 11779
**(631)471-7861 Ext. 1145**

1

Fax (631)471-1772

**From:** Linda Madsen <lmadsen@sachem.edu>
**Sent:** Monday, October 7, 2024 12:12 PM
**To:** Central Registration <centralregistration@sachem.edu>
**Subject:** Transfer of M███ W███ form East to Home Schooling Effective 10/4/2024



| | | | | | |
|---|---|---|---|---|---|
| W███ | M███ | ███ | Male | 11 | Sachem High School East | ███ |

Hello!  We have received the Letter of Intent to home school M███ W███  Please transfer M███ to home schooling effective 10/4/2024.

Thanks!

*Linda Madsen*
Sachem Central School District
Instructional Support and Assessment

2

# Home Schooled

| Last Name | First Name | Middle Name | Grade | Student Id | Counselor | HomeRoom |
|---|---|---|---|---|---|---|
| W▮▮▮ | M▮▮▮ | ▮▮▮ | 11 | ▮▮▮ | | |

| Student Mailing Address | Home Phone | Extension |
|---|---|---|
| ▮▮▮ | ▮▮▮ | |

## Guardians

| Name | Priority to Contact | Relationship to Student |
|---|---|---|
| Villalta, Marietta | 1 | Mother |
| Walker, Brian | 2 | Father |

## Courses

No Schedule for selected year
Generated on 10/8/2024 @ 01:44 PM
using eSchoolData (eSD®) Copyright © eSchoolData, LLC. All rights reserved.