UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,

Plaintiffs,

-against-

THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,

Defendants.

**AFFIDAVIT OF JENNIFER HARRIS**

Case No.: 24-cv-06836 (NJC)(LGD)

STATE OF NEW YORK      )
                                            )ss.:
COUNTY OF SUFFOLK      )

JENNIFER HARRIS, being duly sworn, deposes and says:

1.      I am the school nurse for Accompsett Middle School in the Smithtown Central Schol District ("District"), which is a defendant in this matter. I have been employed by the District since 2009.

2.      I submit this Affidavit based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

3.      As a school nurse, I am responsible for ensuring students in my building (Accompsett Middle School) are in compliance with New York State's mandatory immunization requirements for schools, which are set forth in Section 2164 of New York's Public Health Law.

4.      As a school nurse, I am an authorized user who has been granted access by the New York State Department of Health ("DOH") to access the New York State Immunization Information System ("NYSIIS"), which is an official, state-wide registry of immunization records that is maintained by DOH. School users, such as myself, have "read-only access." In other words, I can review a student's immunization records on NYSIIS to confirm compliance with the State's

1

immunization requirements, but I cannot enter or edit data on the NYSIIS. Public Health Law § 2164 requires healthcare providers to upload immunization documentation for their patients directly into the NYSIIS. Unlike school users, healthcare providers have the ability to enter and edit data.

5.      On August 2, 2024, the New York State Department of Health ("DOH") directed school districts not to accept paper copies of immunization records from Wild Child Pediatric Healthcare that are not recorded in NYSIIS. The DOH urged school districts to report such submissions to the DOH's "stopvaxfraud@health.ny.gov" email account.

**Gina Larsen parent of A.L.**

6.      A.L. was a 7th grade student at Accompsett Middle School. She had been enrolled in the District since Kindergarten.

7.      On August 9, 2024, Plaintiff Larsen submitted hard copies of immunization record for certain vaccines from Wild Child Pediatric/Julie DeVuono.

8.      On August 23, 2024, I emailed the DOH to seek guidance on whether the District could accept the immunization records Larson had submitted.  (A copy of my August 23 through August 26, 2024 email chain with DOH personnel is attached as Exhibit A.) I was told by DOH personnel that the record was invalid, and I could not accept it. (*Id.*)

9.      After receiving the DOH's response, I was informed by District administrators that we were required to abide by the DOH's directive.

10.      On September 4, 2024, Accompsett Middle School Principal Paul McNeil sent A.L.'s parents a letter via certified mail ("Exclusion Letter"), a copy of which is attached as Exhibit B.)

11.     The Exclusion Letter says that as per directives by the DOH, the District could not accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the NYSIIS. (*Id.*) The Exclusion Letter cautions that pursuant to DOH directives and the mandatory vaccination requirements set forth in New York's Public Health Law, the District was required to exclude A.L. from school as of September 20, 2024, unless her parents provided proof of vaccinations for A.L. (*Id.*). The Exclusion Letter explained (1) that A.L. was missing the Tdap and Meningococcal immunizations, (2) the acceptable forms of proof of immunization, and (3) the appeal procedure. (*Id.*)

12.     On September 20, 2024—the day A.L. was supposed to be excluded from school—Plaintiff Larsen submitted a doctor's note, dated September 13, from a different medical practitioner, Victoria Vamos. The doctor's note indicated that A.L. was being treated for pneumonia and should not be administered any vaccines until she recovers completely. (A copy of this doctor's note is attached as Exhibit C.)

13.     I inquired with Jay Cole, the Health Program Administrator for the DOH's Division of Vaccine Excellence, about whether the doctor's note was sufficient to extend A.L.'s exclusion date. He responded that the doctor's note had no impact on A.L.'s eligibility to attend school under the Public Health Law and that A.L. would need to submit a compliant medical exemption form, which could then be considered. (A copy of my September 20, 2024 email exchange with Mr. Cole from the DOH is attached as Exhibit D.)

14.     I emailed Ms. Larsen to explain that A.L. was still not in compliance with the vaccination requirements.

15.     On September 23, 2024, the next school day, A.L. signed into school and provided (1) a NYSIIS report showing she had received one of two outstanding vaccines from Vamos, and

(2) a letter from Vamos that A.L. was scheduled to receive her second outstanding vaccine on November 11, 2024. (A copy of the September 23, 2024 doctor's note is attached as Exhibit E.)

16.     Since A.L. provided documents showing compliance with the Tdap and Meningococcal vaccination requirements, she was permitted to attend school on and after September 23, 2024. A.L. only missed school on September 20, 2024, which Ms. Larson informed me was because A.L. was sick with pneumonia.

17.     On November 11, 2024, I accessed NYSIIS to search A.L.'s records, which reflected that that Vamos administered A.L.'s Tdap and Meningococcal vaccinations.

**Noreen Pieper parent of K.P.**

18.     K.P. was a 6th grade student at Accompsett Middle School. She had been enrolled in the District since Kindergarten.

19.     Based on documents in my nurse's file, K.P. had previously requested and received a religious exemption to New York State's vaccination requirements. (Attached as Exhibit F is a copy of documents concerning K.O.'s religious exemption.) After the law changed in 2019 removing the religious exemption from the State's immunization requirements, the District received a document signed by Nurse Practitioner Julie DeVuono from Wild Child Pediatric Healthcare ("Wild Child") for K.P.'s immunizations.

20.     Shortly before the start of the 2024-2025 school year, Plaintiff Pieper submitted hard copy immunization records she had obtained from Wild Child in 2023. I confirmed the immunization record from 2023 that Plaintiff Pieper had tried to submit in hard copy form had been erased from NYSIIS by the DOH, and the DOH's August 2, 2024 directive prohibited schools from accepting paper copies of immunization records from Wild Child that were not recorded in

NYSIIS. I was therefore unable to accept the paper copies that Plaintiff Noreen Pieper had submitted.

21.     On September 16, 2024, Athletic Director Jason Lambert sent K.P.'s parents a letter via certified mail ("Exclusion Letter"), a copy of which is attached as Exhibit G. The Exclusion Letter cautioned that the District was required by law to exclude K.P. from school effective October 1, 2024, unless her parents submitted new proof of vaccination by September 30. (*Id.*)

22.     On September 18, 2024, Plaintiff Noreen Pieper emailed me asking why she received the Exclusion Letter when she had submitted immunization paperwork for K.P. in August 2024. (A copy of my email chain with Pieper is attached as Exhibit H.)

23.     On September 19, 2024, I emailed the DOH to seek guidance on whether the District could accept a Tetanus, Diphteria, Pertussis vaccine (also known as Tdap) from Wild Child from 2023, which is what Plaintiff Pieper had submitted in August. (A copy of my September 19, 2024 email chain with the DOH personnel is attached as Exhibit I.) In response, Jay Cole, the Health Program Administrator for the DOH's Division of Vaccine Excellence, referred to the DOH's August 2, 2024 directive requiring school districts to reject all paper records from Wild Child from 2023. (*Id.*)

24.     On September 20, 2024, Pieper called me, and we discussed the fact that K.P. was not in compliance with outstanding immunizations and that the District was not permitted to accept vaccination records from Julie DeVuono/Wild Child Pediatrics. Pieper informed me that she was recording our phone call.

25.     After the DOH erased K.P.'s immunizations from NYSIIS, and Noreen Pieper failed to submit any new proof of vaccination for Tdap, the District was required by law to exclude K.P.

26.     K.P. was excluded as of October 1, 2024, the date set forth in the Exclusion Letter.

The District records system reveals that on October 2, 2024  K.P. transferred out of Acccompsett

Middle School.


                                                    _Jennifer Harris_
                                                    JENNIFER HARRIS

Sworn to before me this 10th
day of December, 2024

_Maria Lynch_
Notary Public

MARIA LYNCH
Notary Public, State of New York
No. 41-4751018
Certificate Filed in Suffolk County
Commission Expires 10/31/25



**Harris**

# EXHIBIT A



## Smithtown CSD

Jennifer Harris <jharris@smithtown.k12.ny.us>

# RE: Wild Child Vaccination Record
1 message

**Cole, Jay M (HEALTH)** <Jay.Cole@health.ny.gov>                    Mon, Aug 26, 2024 at 1:44 PM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>, "Wohlfahrt, Jennifer (HEALTH)" <Jennifer.Wohlfahrt@health.ny.gov>

Hi Jennifer,

My apologies for this falling off my radar! As Joe mentioned, these records are not acceptable proof of immunity. You will need to alert the student's parents/gaudians that they need to show you proof of vaccination from a different medical provider.

The family has up to 14 calendar days from the first day of classes to provide alternative proof for those vaccines. If they have not done so by that deadline, the student will need to be excluded from school until proof is provided.

Thank you for reaching out to us.

**Jay Cole, DPhil**

*Pronouns: they/them (What's This?)*

Health Program Administrator 1

Division of Vaccine Excellence

**New York State Department of Health**

Corning Tower Room 710

518-801-3726

jay.cole@health.ny.gov

www.health.ny.gov/immunization

**From:** Jennifer Harris <jharris@smithtown.k12.ny.us>
**Sent:** Monday, August 26, 2024 1:35 PM
**To:** Wohlfahrt, Jennifer (HEALTH) <Jennifer.Wohlfahrt@health.ny.gov>; Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov>
**Subject:** Fwd: Wild Child Vaccination Record

You don't often get email from jharris@smithtown.k12.ny.us. Learn why this is important

ATTENTION: *This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hello. I'm just following up from an email I had sent to Joseph Giovannetti and he cc'd you both for guidance on how to proceed. The parent submitted this record and the vaccines are not in NYSIIS.



---------- Forwarded message ---------
From: **Giovannetti, Joseph (HEALTH)** <Joseph.Giovannetti@health.ny.gov>
Date: Fri, Aug 23, 2024 at 12:25 PM
Subject: Wild Child Vaccination Record
To: jharris@smithtown.k12.ny.us <jharris@smithtown.k12.ny.us>
Cc: Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov>, Wohlfahrt, Jennifer (HEALTH) <Jennifer.Wohlfahrt@health.ny.gov>

The answer is no, that is an invalid record.

I've cc-ed Jay and Jennifer from our School Vaccines team. They can answer more specific questions and give more detailed instructions on how to proceed.

Thank you,

Joe Giovannetti

(518) 703-1344

Get Outlook for iOS

Attachment Removed (File Type)

--

**Jennifer Harris, RN**

*Accompsett Middle School*

660 Meadow Rd.

Smithtown, NY 11787

Phone: 631-382-2323

Fax: 631-361-2658

NOTICE: This e-mail message may contain privileged or confidential information. The information contained in this e-mail message is only for the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, and that any review, dissemination, distribution, or copying of this message and any attached documents is strictly prohibited. If you have received this message in error, please notify us by telephone at (631) 382-2000 immediately, delete this e-mail and destroy any copies.

Harris
# EXHIBIT B



# Smithtown Central School District
# Accompsett Middle School
660 Meadow Road, Smithtown, NY 11787

**Paul McNeil**
Principal
(631) 382-2305

**Mark Secaur, Ed.D.**
Superintendent of Schools

September 4, 2024

To the Parent or Guardian of:



Dear Parent:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information Systems (NYSIIS). According to the updated records of your child's vaccines based on this directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools in the School District.

As of the date of this letter, your child is missing the following immunizations:

Tdap
Meningococcal

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 20, 2024. To be considered in process, the School District must receive documentation that indicates the following:

(1) a child has received at least the first dose in each immunization series required by section 2164 of the Public Health Law (except in the case of live vaccines in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) **AND** has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

(2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

(3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to next steps.

Please provide your school nurse with the required information above on or before September 19, 2024, in order to prevent being excluded from school as of September 20, 2024.

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Department of Education State Education Building, Albany, New York 12234, (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Paul McNeil

# Recommended Immunization Schedule

UNITED STATES • 2006

## for Children and Adolescents Who Start Late or Who Are More Than 1 Month Behind

The tables below give catch-up schedules and minimum intervals between doses for children who have delayed immunizations. There is no need to restart a vaccine series regardless of the time that has elapsed between doses. Use the chart appropriate for the child's age.

### CATCH-UP SCHEDULE FOR CHILDREN AGED 4 MONTHS THROUGH 6 YEARS

| Vaccine | Minimum Age for Dose 1 | Minimum Interval Between Doses | | | |
|---|---|---|---|---|---|
| | | Dose 1 to Dose 2 | Dose 2 to Dose 3 | Dose 3 to Dose 4 | Dose 4 to Dose 5 |
| Diphtheria, Tetanus, Pertussis | 6 wks | 4 weeks | 4 weeks | 6 months | 6 months[1] |
| Inactivated Poliovirus | 6 wks | 4 weeks | 4 weeks | 4 weeks[2] | |
| Hepatitis B[3] | Birth | 4 weeks | 8 weeks (and 16 weeks after first dose) | | |
| Measles, Mumps, Rubella | 12 mo | 4 weeks[4] | | | |
| Varicella | 12 mo | | | | |
| Haemophilus influenzae type b[5] | 6 wks | 4 weeks if first dose given at age <12 months / 8 weeks (as final dose) if first dose given at age 12-14 months / No further doses needed if first dose given at age ≥15 months | 4 weeks[6] if current age <12 months / 8 weeks (as final dose)[6] if current age ≥12 months and second dose given at age <15 months / No further doses needed if previous dose given at age ≥15 mo | 8 weeks (as final dose) This dose only necessary for children aged 12 months–5 years who received 3 doses before age 12 months | |
| Pneumococcal[7] | 6 wks | 4 weeks if first dose given at age <12 months and current age <24 months / 8 weeks (as final dose) if first dose given at age ≥12 months or current age 24–59 months / No further doses needed for healthy children if first dose given at age ≥24 months | 4 weeks if current age <12 months / 8 weeks (as final dose) if current age ≥12 months / No further doses needed for healthy children if previous dose given at age ≥24 months | 8 weeks (as final dose) This dose only necessary for children aged 12 months–5 years who received 3 doses before age 12 months | |

### CATCH-UP SCHEDULE FOR CHILDREN AGED 7 YEARS THROUGH 18 YEARS

| Vaccine | Minimum Interval Between Doses | | |
|---|---|---|---|
| | Dose 1 to Dose 2 | Dose 2 to Dose 3 | Dose 3 to Booster Dose |
| Tetanus, Diphtheria[8] | 4 weeks | 6 months | 6 months if first dose given at age <12 months and current age <11 years; otherwise 5 years |
| Inactivated Poliovirus[9] | 4 weeks | 4 weeks | IPV[2,3] |
| Hepatitis B | 4 weeks | 8 weeks (and 16 weeks after first dose) | |
| Measles, Mumps, Rubella | 4 weeks | | |
| Varicella[10] | 4 weeks | | |

1. **DTaP.** The fifth dose is not necessary if the fourth dose was administered after the fourth birthday.
2. **IPV.** For children who received an all-IPV or all-oral poliovirus (OPV) series, a fourth dose is not necessary if third dose was administered at age ≥4 years. If both OPV and IPV were administered as part of a series, a total of 4 doses should be given, regardless of the child's current age.
3. **HepB.** Administer the 3-dose series to all children and adolescents <19 years of age if they were not previously vaccinated.
4. **MMR.** The second dose of MMR is recommended routinely at age 4–6 years but may be administered earlier if desired.
5. **Hib.** Vaccine is not generally recommended for children aged ≥5 years.
6. **Hib.** If current age <12 months and the first 2 doses were PRP-OMP (PedvaxHIB® or ComVax® [Merck]), the third (and final) dose should be administered at age 12–15 months and at least 8 weeks after the second dose.
7. **PCV.** Vaccine is not generally recommended for children aged ≥5 years.
8. **Td.** Adolescent tetanus, diphtheria, and pertussis vaccine (Tdap) may be substituted for any dose in a primary catch-up series or as a booster if age appropriate for Tdap. A five-year interval from the last Td dose is encouraged when Tdap is used as a booster vaccine. See ACIP recommendations for further information.
9. **IPV.** Vaccine is not generally recommended for persons aged ≥18 years.
10. **Varicella.** Administer the 2-dose series to all susceptible adolescents aged ≥13 years.

Report adverse reactions to vaccines through the federal Vaccine Adverse Event Reporting System. For information on reporting reactions following immunization, please visit www.vaers.hhs.gov or call the 24-hour national toll-free information line 800-822-7967. Report suspected cases of vaccine-preventable diseases to your state or local health department.

For additional information about vaccines, including precautions and contraindications for immunization and vaccine shortages, please visit the National Immunization Program Website at www.cdc.gov/nip or contact 800-CDC-INFO (800-232-4636) (In English, En Español — 24/7 )

# Recommended Childhood and Adolescent Immunization Schedule   UNITED STATES • 2006

| Vaccine ▼   Age ▶ | Birth | 1 month | 2 months | 4 months | 6 months | 12 months | 15 months | 18 months | 24 months | 4–6 years | 11–12 years | 13–14 years | 15 years | 16–18 years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hepatitis B¹** | HepB | HepB | | HepB¹ | | HepB | | | | | HepB Series | | | |
| **Diphtheria, Tetanus, Pertussis²** | | | DTaP | DTaP | DTaP | | DTaP | | | DTaP | Tdap | | Tdap | |
| **Haemophilus influenzae type b³** | | | Hib | Hib | Hib³ | | Hib | | | | | | | |
| **Inactivated Poliovirus** | | | IPV | IPV | | IPV | | | | IPV | | | | |
| **Measles, Mumps, Rubella⁴** | | | | | | | MMR | | | MMR | | MMR | | |
| **Varicella⁵** | | | | | | | Varicella | | | | Varicella | | | |
| **Meningococcal⁶** | | | | | | | Vaccines within broken line are for selected populations | | | | MCV4 | | MCV4 | |
| | | | | | | | | | | | MPSV4 | | MCV4 | |
| **Pneumococcal⁷** | | | PCV | PCV | PCV | | PCV | | | PCV | | PPV | | |
| **Influenza⁸** | | | | | | Influenza (Yearly) | | | | | Influenza (Yearly) | | | |
| **Hepatitis A⁹** | | | | | | | | | HepA Series | | | | | |

This schedule indicates the recommended ages for routine administration of currently licensed childhood vaccines, as of December 1, 2005, for children through age 18 years. Any dose not administered at the recommended age should be administered at any subsequent visit when indicated and feasible. ▨ Indicates age groups that warrant special effort to administer those vaccines not previously administered. Additional vaccines may be licensed and recommended during the year. Licensed combination vaccines may be used whenever any components of the combination are indicated and other components of the vaccine are not contraindicated and if approved by the Food and Drug Administration for that dose of the series. Providers should consult the respective ACIP statement for detailed recommendations. Clinically significant adverse events that follow immunization should be reported to the Vaccine Adverse Event Reporting System (VAERS). Guidance about how to obtain and complete a VAERS form is available at www.vaers.hhs.gov or by telephone, 800-822-7967.

▨ **Range of recommended ages**    ▨ **Catch-up immunization**    ▨ **11–12 year old assessment**

**1. Hepatitis B vaccine (HepB).** *AT BIRTH:* All newborns should receive monovalent HepB soon after birth and before hospital discharge. **Infants born to mothers who are HBsAg-positive** should receive HepB and 0.5 mL of hepatitis B immune globulin (HBIG) within 12 hours of birth. **Infants born to mothers whose HBsAg status is unknown** should receive HepB within 12 hours of birth. The mother should have blood drawn as soon as possible to determine her HBsAg status; if HBsAg-positive, the infant should receive HBIG as soon as possible (no later than age 1 week). **For infants born to HBsAg-negative mothers,** the birth dose can be delayed in rare circumstances but only if a physician's order to withhold the vaccine and a copy of the mother's original HBsAg-negative laboratory report are documented in the infant's medical record. *FOLLOWING THE BIRTHDOSE:* The HepB series should be completed with either monovalent HepB or a combination vaccine containing HepB. The second dose should be administered at age 1–2 months. The final dose should be administered at age ≥24 weeks. It is permissible to administer 4 doses of HepB (e.g., when combination vaccines are given after the birth dose); however, if monovalent HepB is used, a dose at age 4 months is not needed. **Infants born to HBsAg-positive mothers** should be tested for HBsAg and antibody to HBsAg after completion of the HepB series, at age 9–18 months (generally at the next well-child visit after completion of the vaccine series).

**2. Diphtheria and tetanus toxoids and acellular pertussis vaccine (DTaP).** The fourth dose of DTaP may be administered as early as age 12 months, provided 6 months have elapsed since the third dose and the child is unlikely to return at age 15–18 months. The final dose in the series should be given at age ≥4 years.

**Tetanus and diphtheria toxoids and acellular pertussis vaccine (Tdap – adolescent preparation)** is recommended at age 11–12 years for those who have completed the recommended childhood DTP/DTaP vaccination series and have not received a Td booster dose. Adolescents 13–18 years who missed the 11–12-year Td/Tdap booster dose should also receive a single dose of Tdap if they have completed the recommended childhood DTP/DTaP vaccination series. Subsequent **tetanus and diphtheria toxoids (Td)** are recommended every 10 years.

**3. *Haemophilus influenzae* type b conjugate vaccine (Hib).** Three Hib conjugate vaccines are licensed for infant use. If PRP-OMP (PedvaxHIB® or ComVax® [Merck]) is administered at ages 2 and 4 months, a dose at age 6 months is not required. DTaP/Hib combination products should not be used for primary immunization in infants at ages 2, 4 or 6 months but can be used as boosters after any Hib vaccine. The final dose in the series should be administered at age ≥12 months.

**4. Measles, mumps, and rubella vaccine (MMR).** The second dose of MMR is recommended routinely at age 4–6 years but may be administered during any visit, provided at least 4 weeks have elapsed since the first dose and both doses are administered beginning at or after age 12 months. Those who have not previously received the second dose should complete the schedule by age 11–12 years.

**5. Varicella vaccine.** Varicella vaccine is recommended at any visit at or after age 12 months for susceptible children (i.e., those who lack a reliable history of chickenpox). Susceptible persons aged ≥13 years should receive 2 doses administered at least 4 weeks apart.

**6. Meningococcal vaccine (MCV4).** Meningococcal conjugate vaccine (MCV4) should be given to all children at the 11–12 year old visit as well as to unvaccinated adolescents at high school entry (15 years of age). Other adolescents who wish to decrease their risk for meningococcal disease may also be vaccinated. All college freshmen living in dormitories should also be vaccinated, preferably with MCV4, although **meningococcal polysaccharide vaccine (MPSV4)** is an acceptable alternative. Vaccination against invasive meningococcal disease is recommended for children and adolescents aged ≥2 years with terminal complement deficiencies or anatomic or functional asplenia and certain other high risk groups (see *MMWR* 2005;54 [RR-7]:1-21); use MPSV4 for children aged 2–10 years and MCV4 for older children, although MPSV4 is an acceptable alternative.

**7. Pneumococcal vaccine.** The heptavalent **pneumococcal conjugate vaccine (PCV)** is recommended for all children aged 2–23 months and for certain children aged 24–59 months. The final dose in the series should be given at age ≥12 months. **Pneumococcal polysaccharide vaccine (PPV)** is recommended in addition to PCV for certain high-risk groups. See *MMWR* 2000; 49(RR-9):1-35.

**8. Influenza vaccine.** Influenza vaccine is recommended annually for children aged ≥6 months with certain risk factors (including, but not limited to, asthma, cardiac disease, sickle cell disease, human immunodeficiency virus [HIV], diabetes, and conditions that can compromise respiratory function or handling of respiratory secretions or that can increase the risk for aspiration), healthcare workers, and other persons (including household members) in close contact with persons in groups at high risk (see *MMWR* 2005;54[RR-8]:1-55). In addition, healthy children aged 6–23 months and close contacts of healthy children aged 0–5 months are recommended to receive influenza vaccine because children in this age group are at substantially increased risk for influenza-related hospitalizations. For healthy persons aged 5–49 years, the intranasally administered, live, attenuated influenza vaccine (LAIV) is an acceptable alternative to the intramuscular trivalent inactivated influenza vaccine (TIV). See *MMWR* 2005;54(RR-8):1-55. Children receiving TIV should be administered a dosage appropriate for their age (0.25 mL if aged 6–35 months or 0.5 mL if aged ≥3 years). Children aged ≤8 years who are receiving influenza vaccine for the first time should receive 2 doses (separated by at least 4 weeks for TIV and at least 6 weeks for LAIV).

**9. Hepatitis A vaccine (HepA).** HepA is recommended for all children at 1 year of age (i.e., 12–23 months). The 2 doses in the series should be administered at least 6 months apart. States, counties, and communities with existing HepA vaccination programs for children 2–18 years of age are encouraged to maintain these programs. In these areas, new efforts focused on routine vaccination of 1-year-old children should enhance, not replace, ongoing programs directed at a broader population of children. HepA is also recommended for certain high risk groups (see *MMWR* 1999; 48[RR-12]1-37).

---

**The Childhood and Adolescent Immunization Schedule is approved by:**
Advisory Committee on Immunization Practices  www.cdc.gov/nip/acip • American Academy of Pediatrics  www.aap.org • American Academy of Family Physicians  www.aafp.org

Harris
# EXHIBIT C


**Smithtown**
CSD

Jennifer Harris <jharris@smithtown.k12.ny.us>

# Re:
1 message

**Gina** <░░░░░░░░░░@gmail.com>                    Fri, Sep 20, 2024 at 2:46 PM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>

She is not out of compliance. She received both vaccinations in the summer of 23.
I have documentation to prove it.
Gina Larsen

> On Fri, Sep 20, 2024 at 2:43 PM Jennifer Harris <jharris@smithtown.k12.ny.us> wrote:
> Hello. I'm sorry but my understanding is that she is still out of compliance based on the letter sent by Mr. McNeil.
>
>> On Fri, Sep 20, 2024 at 10:42 AM Gina <░░░░░░░░░░░░░░░> wrote:
>> Thank you! Is she ok to go back to school on Monday?
>> Gina Larsen
>>
>>> On Fri, Sep 20, 2024 at 10:11 AM Jennifer Harris <jharris@smithtown.k12.ny.us> wrote:
>>> I'm sorry to hear she's not feeling well. I hope she feels better soon.
>>>
>>>> On Fri, Sep 20, 2024 at 9:54 AM Gina <░░░░░░░░░░░░░░░> wrote:
>>>
>>>
>>> --
>>> **Jennifer Harris, RN**
>>> *Accompsett Middle School*
>>> 660 Meadow Rd.
>>> Smithtown, NY 11787
>>> Phone: 631-382-2323
>>> Fax: 631-361-2658
>>>
>>> NOTICE: This e-mail message may contain privileged or confidential information. The information contained in this e-mail message is only for the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, and that any review, dissemination, distribution, or copying of this message and any attached documents is strictly prohibited. If you have received this message in error, please notify us by telephone at (631) 382-2000 immediately, delete this e-mail and destroy any copies.

--
**Jennifer Harris, RN**
*Accompsett Middle School*
660 Meadow Rd.
Smithtown, NY 11787
Phone: 631-382-2323
Fax: 631-361-2658

NOTICE: This e-mail message may contain privileged or confidential information. The information contained in this e-mail message is only for the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, and that any review, dissemination, distribution, or copying of this message and any attached documents is strictly prohibited. If you have received this message in error, please notify us by telephone at (631) 382-2000 immediately, delete this e-mail and destroy any copies.

**LONG ISLAND MEDICAL AND SPA**

**751 Coates Avenue, Suite 31**
**Holbrook, New York  11741**
Ph:  (631) 580-0000
Fax: (631) 580-0001

**Long Island Medical and Spa**

09/13/2024

Re: A███ L███

DOB ███████

This is to inform you that the above named had diagnosis of pneumonia was on antibiotics.   Patient's lungs will be re-evaluated at next visit.

I do not recommend she get a vaccination at this time until she has fully recovered.

Sincerely yours,

Victoria Vamos, FNP, BC

Long Island Medical and Spa
751 Coates Ave Suite 31 Holbrook, NY 11741
631 580-0000



**Harris**
**EXHIBIT D**



Smithtown
CSD

Jennifer Harris <jharris@smithtown.k12.ny.us>

## RE: Wild Child Vaccination Record
1 message

**doh.sm.OSAS** <osas@health.ny.gov>
To: Jennifer Harris <jharris@smithtown.k12.ny.us>

Hi Jennifer,

The relevant regulation can be found here: https://regs.health.ny.gov/content/section-66-13-requirements-school-admission

The most pertinent pieces are highlighted below:

*66-1.3 Requirements for school admission*

…

*(c) A signed, completed medical exemption form approved by the NYSDOH or NYC Department of Education from a physician licensed to practice medicine in New York State c*
*person in charge of the school may require additional information supporting the exemption.*

Hope this is helpful!

**Jay Cole, DPhil**

*Pronouns: they/them (What's This?)*

Division of Vaccine Excellence

New York State Department of Health

Corning Tower

osas@health.ny.gov

www.health.ny.gov/immunization

**From:** Jennifer Harris <jharris@smithtown.k12.ny.us>
**Sent:** Friday, September 20, 2024 3:47 PM
**To:** doh.sm.OSAS <osas@health.ny.gov>
**Subject:** Re: Wild Child Vaccination Record

Would you mind providing me with the exact wording of the law/regs because this parent is refusing to acknowledge that they are out of compliance after providing proof of vaccines from Julie

**Jennifer Harris, RN**

*Accompsett Middle School*

660 Meadow Rd.

Smithtown. NY 11787

Phone: 631-382-2323

Fax: 631-361-2658

On Fri, Sep 20, 2024 at 2:12 PM doh.sm.OSAS <osas@health.ny.gov> wrote:

Hi Jennifer,

If they want to use a medical exemption, it needs to be on the official medical exemption form attached. It would be up to the school, in that case, whether to accept the medical exemption.

The letter as it stands has no bearing on their eligibility to attend school based on Public Health Law section 2164 or the associated regulations (10 NYCRR 66).

Let me know if I need more details concerning the exact wording of the law/regs.

Thanks!

**Jay Cole, DPhil**

*Pronouns: they/them* *(What's This?)*

Division of Vaccine Excellence

New York State Department of Health

Corning Tower

osas@health.ny.gov

www.health.ny.gov/immunization

---

**From:** Jennifer Harris <jharris@smithtown.k12.ny.us>
**Sent:** Friday, September 20, 2024 12:53 PM
**To:** Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov>
**Subject:** Re: Wild Child Vaccination Record

Hello. As a follow up from my last email, an exclusion letter was provided to the parent and today would be the exclusion date. The child is not in school, but provided the attached doctor's

On Mon, Aug 26, 2024 at 1:45 PM Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov> wrote:

Hi Jennifer,

My apologies for this falling off my radar! As Joe mentioned, these records are not acceptable proof of immunity. You will need to alert the student's parents/gaudians that they need to sh

The family has up to 14 calendar days from the first day of classes to provide alternative proof for those vaccines. If they have not done so by that deadline, the student will need to be e

Thank you for reaching out to us.

**Jay Cole, DPhil**

*Pronouns: they/them* *(What's This?)*

Health Program Administrator 1

Division of Vaccine Excellence

New York State Department of Health

Corning Tower Room 710

518-801-3726

jay.cole@health.ny.gov

www.health.ny.gov/immunization

---

**From:** Jennifer Harris <jharris@smithtown.k12.ny.us>
**Sent:** Monday, August 26, 2024 1:35 PM
**To:** Wohlfahrt, Jennifer <Jennifer.Wohlfahrt@health.ny.gov>; Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov>
**Subject:** Fwd: Wild Child Vaccination Record



**Harris**
**EXHIBIT E**



**LONG ISLAND MEDICAL AND SPA**

**751 Coates Avenue, Suite 31**
**Holbrook, New York  11741**
Ph:  (631) 580-0000
Fax: (631) 580-0001

September 23, 2024

Re:  A███████ L███

DOB ████████

To whom it may concern:

The above named is scheduled for TDAP on November 11, 2024.

Sincerely yours,

Victoria Vamos, FNP-BC

Victoria Vamos FNP-C
F333441 NY
NPI 1083669915



**Harris**
**EXHIBIT F**

THE UNIVERSITY OF THE STATE OF NEW YORK
## THE STATE EDUCATION DEPARTMENT

# REQUEST FOR RELIGIOUS EXEMPTION TO IMMUNIZATION FORM
*PARENT/GUARDIAN STATEMENT*

Name of Student ____ ██████ ██████ _____

Identification Number _____

Name of Parent(s)/Guardian(s) _____ Noreen Pieper _____

School District and Building Name _____ Smithtown - Accompsett _____

This form is for your use in applying for a religious exemption to Public Health Law immunization requirements for your child. Its purpose is to establish the religious basis for your request since the State permits exemptions on the basis of a sincere religious belief. Philosophical, political, scientific, or sociological objections to immunization do not justify an exemption under Department of Health regulation 10 NYCRR, Section 66-1.3 (d), which requires the submission of:

> A written and signed statement from the parent, parents, or guardian of such child, stating that the parent, parents or guardian objects to their child's immunization due to sincere and genuine religious beliefs which prohibit the immunization of their child in which case the principal or person in charge may require supporting documents.

In the area provided below, please write your statement. The statement **must** address **all** of the following elements:

- Explain in your own words why you are requesting this religious exemption.
- Describe the religious principles that guide your objection to immunization.
- Indicate whether you are opposed to all immunizations, and if not, the religious basis that prohibits particular immunizations.

You may attach to this form additional written pages or other supporting materials if you so choose. Examples of such materials are listed on page 3.

_____ See Attached letter _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please sign in the space provided below and have the document notarized by a notary public where indicated.

I hereby affirm the truthfulness of the forgoing statement and have received **and** reviewed the informational immunization materials provided to me by my child's school.

_____          _____
**Signature of Parent/Guardian**                        **Date** 7/24/18

Sworn to before me this  24th  _____          day of  July  2018  _____

TATE OF NEW YORK
UNTY OF SUFFOLK

Notary Public Seal  _____

ANDREW SALOMON
Notary Public, State of New York
No. 01SA6357794, Suffolk County
Term expires April 24, 2024

You will be notified in writing of the outcome of this request. Please note that if your request for an exemption is denied, you may appeal the denial to the Commissioner of Education within thirty (30) days of the decision, pursuant to Education Law, Section 310.

June 22, 2018

To Whom It May Concern:

In compliance with NYS Public Health Law 2164, I am writing this letter on behalf of my daughter, K████ P████. As parents, based on our personal religious beliefs, we object to the following vaccinations, including, but not limited to Dtap/DPT/TDP, Influenza, HepB, Hib, HPV, Tetanus (TB), MMR, (MenACWY), Polio and Varicella, for our child K████ P████

Our child's body is a temple of God. Our family's personal religious beliefs prohibit the injection of foreign substances into our bodies. To inject into our child a substance which would alter the state into which she was born would be to criticize our Lord and question his divine omnipotence. Our faith will not allow us to question our Lord and God, nor to challenge His divine power. This would violate our religious principles.

"Do you not know your body is a temple of the Holy Spirit who is in you, whom you have received from God? You are not your own; you were bought at a price. Therefore honor God with your body." (Corinthians 6:19-10)

"…let us purify ourselves from everything that contaminates body and spirit, perfecting holiness out of reverence for God." (Corinthians 7:1)

We believe and follow God and the principles laid out in His Word. We have a deeply held religious belief that vaccines violate this belief. Many vaccines contains cells, cellular debris, protein and even DNA from aborted babies.

"Thou shalt not murder." (Exodus 20:13 & Deuteronomy 5:13)

"Before I formed thee in the belly I knew thee…." (Jeremiah 1:5)

"For you created my inmost being; you knit me together in my mother's womb; I praise you because I am fearfully and wonderfully made; your works are wonderful, I know them full well; My frame was not hidden from you when I was made in the secret place….." (Psalm 139:13-16).

Our objection is based on our deeply held beliefs based on scripture. The vaccination of our child would violate laws put forth within us by a higher force at the time of conception. Our personal religious beliefs include our obedience to God's law, and we believe that we are responsible before God for the life and safety of our child, created by God.

Respectfully,

Noreen Pieper

## *SECTION BELOW FOR <u>SCHOOL DISTRICT</u> USE ONLY*

To the Building Principal:

If, after review of the parental statement, questions remain about the existence of a sincerely held religious belief, Department of Health regulation [10 NYCRR, Section 66-1.3(d)] permits the principal to request supporting documents. Some examples include:

- A letter from an authorized representative of the church, temple, religious institution, etc. attended by the **parent/guardian**, literature from the church, temple, religious institution, etc. explaining doctrine/beliefs that prohibit immunization (Note: Parents/guardians need not necessarily be a member of an organized religion or religious institution to obtain a religious exemption);
- Other writings or sources upon which the **parent/guardian** relied in formulating religious beliefs that prohibit immunization;
- A copy of any parental/guardian statements to healthcare providers or school district officials in a district of prior residence explaining the religious basis for refusing immunization;
- Any documents or other information the parent/guardian may be willing to provide that reflect a sincerely held religious objection to immunization (for example: disclosure of whether **parent/guardian** or other children have been immunized, **parent/guardian**'s current position on allowing himself or herself or his or her children to receive or refuse other kinds of medical treatment.)

Reviewer Name (Building Principal) _~~Kim Minarin~~_

**Indicate Result of Request Review:**

**APPROVED** ☑          Date of Approval _9/17/18_

**DENIED** ☐          Date of Denial _____

*State Specifically Reason(s) for Denial:*

_____

_____

_____

_____

_____

**Harris**
# EXHIBIT G



# Smithtown Central School District

26 New York Avenue, Smithtown, New York 11787

---

**Jason Lambert**
Coordinator of Physical Education, Health, Athletics and Nurses
(631) 382-2100

**Mark Secaur, Ed.D.**
Superintendent of Schools

September 16, 2024

<u>CERTIFIED MAIL #7020 1810 0001 6151 2809</u>

To the Parent/Guardian of:



Dear Parent/Guardian:

Education §914(I) requires that every child attending school submit proof of the immunizations required by the Public Health Law §2164.  This section of the law mandates that schools are not permitted to allow a child to attend school if not in compliance with immunizations.

The school nurse has contacted you in regards to the immunization needed for your child to attend the 2024-25 school year.  Parents are entitled to a fourteen day calendar grace period from the date of this letter to comply.  Unfortunately, if the school nurse does not receive a submitted document validating immunization compliance by September 30, 2024 the **Smithtown Central School District legally needs to exclude your child from attending school on Tuesday, October 1, 2024.**

If you have any questions concerning this matter, please call the nurse at your child's school.  You may also contact the Suffolk County Department of Health regarding the immunization requirements at 631-854-0222.

Sincerely,

Jason Lambert
Coordinator of Physical Education, Health,
Athletics and Nurses

cc:    P. McNeil, Principal
       J. Harris, Nurse



**Harris**
# EXHIBIT H


**Smithtown**
**CSD**

**Jason Lambert <jlambert@smithtown.k12.ny.us>**

**K▉▉▉ P▉▉▉▉**
5 messages

**Verbeck Noreen** <▉▉▉▉▉▉▉▉▉▉▉▉▉>                          Wed, Sep 18, 2024 at 2:49 PM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>, Jason Lambert <jlambert@smithtown.k12.ny.us>



# Smithtown Central School District

26 New York Avenue, Smithtown, New York 11787

**Jason Lambert**
Coordinator of Physical Education, Health, Athletics and Nurses
(631) 382-2100

**Mark Secaur, Ed.D.**
Superintendent of Schools

September 16, 2024

<u>CERTIFIED MAIL #7020 1810 0001 6151 2809</u>

To the Parent of Guardian of:



Dear Parent/Guardian:

Education §914(I) requires that every child attending school submit proof of the immunizations required by the Public Health Law §2164. This section of the law mandates that schools are not permitted to allow a child to attend school if not in compliance with immunizations.

The school nurse has contacted you in regards to the immunization needed for your child to attend the 2024-25 school year. Parents are entitled to a fourteen day calendar grace period from the date of this letter to comply. Unfortunately, if the school nurse does not receive a submitted document validating immunization compliance by September 30, 2024 the **Smithtown Central School District legally needs to exclude your child from attending school on Tuesday, October 1, 2024.**

If you have any questions concerning this matter, please call the nurse at your child's school. You may also contact the Suffolk County Department of Health regarding the immunization requirements at 631-854-0222.

Sincerely,

*Jason Lambert*

Jason Lambert
Coordinator of Physical Education, Health,
Athletics and Nurses

cc:     P. McNeil, Principal
        J. Harris, Nurse

I received this today in the mail but this paperwork has already been submitted. It was handed in on August 28th with her medication and doctors orders.

Please respond back as soon as possible that this letter was sent in error.

Thank you,
Noreen Pieper


Sent from Yahoo Mail for iPhone

---

**Verbeck Noreen** <███████████████>                                          Fri, Sep 20, 2024 at 6:56 AM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>, Jason Lambert <jlambert@smithtown.k12.ny.us>

Good morning,

I'm still awaiting a response from my email on Wednesday.

Your letter states the school nurse has already contacted me, which is not true. No one has contacted me, and no one has replied to my email.

The letter is vague. What is it you are looking for?

Please respond ASAP so this matter can be resolved.

Thank you,
Noreen


Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Verbeck Noreen** <███████████████>                                          Fri, Sep 20, 2024 at 8:57 AM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>, Jason Lambert <jlambert@smithtown.k12.ny.us>,
"msecaur@smithtown.k12.ny.us" <msecaur@smithtown.k12.ny.us>

Per my conversation with Nurse Harris at AMS this morning, I am attaching my daughter K████ not A███ as Nurse Harris referred to her as, paperwork.

Your own website as well as that of the NYS DOH, clearly states paper records are acceptable.

I expect a written response that this matter has been resolved.

Thank you,
Noreen Pieper

←   Tdap Letter 2023



## IMMUNIZATION REQUIREMENTS FOR STUDENTS ENTERING GRADE 6 IN SEPTEMBER 2023

Dear Parent/Guardian

New York State Law Section 2164 requires certain immunizations (shots) to enter 6th grade and attend school. Please check with your healthcare provider as soon as possible to make sure your child has all the needed immunizations. They are listed below.

| Immunization | Number of Doses |
|---|---|
| Tdap | 1 dose after the minimum age of 10 years |

Once a student turns 11, he/she must provide documentation of a booster dose of Tdap, or provide proof of an appointment for the booster dose within 14 days.

Please have your child's physician complete the form below and return it to the Health Office.

Student's Name _____

DOB _____

Tdap _ 27/03/23 _

Physician's Signature _Julie DeVicino CPNP_     Date: _____

Wild Child Pediatric Healthcare
176 Park Ave. Amityville, NY 11701
Ph# 631-987-5928
Fax# 631-504-0842

Julie DeVicino CPNP
SL #381602
NPI #1208962127

04/2023

**4:01**                                                      SOS 

possible, the parent or guardian should work with the child's provider from the country of origin to obtain a record documenting the dates the vaccines were given. If the dates cannot be obtained, then the child will need to be revaccinated and/or demonstrate other acceptable evidence of immunity.

**Q7: If a vaccine is recommended for day care to be given over a range of ages (e.g. 12 - 15 months), is the vaccine required at the start or by the end of that range?**

**A7:** It is strongly recommended that vaccinations be given at the earliest appropriate time. The vaccine, however, would not be required until the end of that range. (For example, we recommend that a child receive an MMR at 12 months, but an MMR vaccine would be required by age 16 months to continue to attend day care.)

**Q8: Are there any exceptions to these immunization requirements?**

**A8:** New York State only recognizes medical exemptions to school immunization requirements.

## DEFINITION OF A STUDENT

**Q1: Are students aged 18 years and older required to provide proof of immunity?**

**A1:** All children between the ages of 2 months and 18 years must show proof of compliance with immunization requirements under Public Health Law Section 2164. Once a student reaches age 18, he/she is no longer required to show proof of immunity.

## CERTIFICATE OF IMMUNIZATION

**Q1: If a parent provides the facility with the immunization card received when a child was born, and it has an administrator signature on it, can this be used as proof of vaccines?**

**A1:** If the card was prepared and signed by a health practitioner licensed in New York State and specifies the products administered and the dates of administration, then it would meet the requirements for a certificate of immunization stated in Section 66-1.6.

**Q2: If an immunization record from a health care provider's office has a stamp on it, is it considered acceptable proof of immunity for school immunization requirements?**

**A2:** An immunization record must be signed by a health practitioner licensed in New York State, either by handwritten signature, electronic signature, or signature stamp. An electronic health record from a provider's office is acceptable without a signature.

**Q3: Is an immunization record from another country acceptable proof of immunity?**

**A3:** An official record from a foreign nation may be accepted as a certificate of immunization without a health practitioner's signature. An unofficial record, such as one issued by a private clinic in another country, could not be accepted unless it was reviewed and signed by a health practitioner licensed in New York State.

**Q4: Can an immunization registry record be accepted without a signature?**

**A4:** Yes, a record issued by the New York State Immunization Information System (NYSIIS), the Citywide Immunization Registry (CIR), another state registry, an electronic health record and/or an official record from a foreign nation may be accepted as a certificate of immunization without a signature.

**Q5: Is a school health record from a previous school acceptable proof of immunity?**

**A5:** Yes, under Section 66-1.5, a school health record transferred directly from a previous school which contains all of the information specified in subdivision (a) of Section 66-1.3 is acceptable proof of immunity. The school health record is acceptable without a signature.

**Q6: Are blanket statements (i.e. statements that merely indicate the child is up-to-date on all immunizations without providing specific dates and types of immunizations) from other states acceptable proof of immunization?**

**A6:** No, blanket statements are not acceptable. The immunization record must indicate the immunizations given and the dates of administration.

## ALTERNATIVE SCHEDULES

**Q1: Some children are currently on "alternative" immunization schedules and may take months or years to get up-to-date on all of the vaccines required for school or pre-K. Can they be considered "in process" until they complete the "alternative" schedule?**

🔒 smithtown.k12.ny.us



https://www.nysed.gov/sites/default/files/programs/student-support-services/immunization-guidelines-for-schools.pdf

## Immunization Records

Primary Provider: Julie DeVuono NP    Provider's Phone: (631) 987-5928

Patient Name: ▮▮▮    Date of Birth: ▮▮▮    Date: 08/24/2023    Patient ID: ▮▮▮

**Measles, Mumps & Rubella**

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|--------------|-----|--------|------------|-----------------|----------------|-----|------|
| MMR | None | 03 | unknown | 07/19/2019 | Ordered by Julie DeVuono NP | #None Expiry: | #R03658I | None |
| MMR | None | 03 | unknown | 09/30/2019 | Ordered by Julie DeVuono NP | #None Expiry: | | None |

Note for vaccine above ID:

Other: Note for vaccine above ID:

**Diphtheria, Tetanus, Pertussis**

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|--------------|-----|--------|------------|-----------------|----------------|-----|------|
| Tdap | None | 115 | unknown | 07/03/2023 | Ordered by Julie DeVuono NP | #None Expiry: | #2C4Z9C1 | None |
| DTaP | None | 20 | unknown | 09/30/2019 | Ordered by Julie DeVuono NP | #None Expiry: | | None |

Note for vaccine above ID:

**Polio**

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|--------------|-----|--------|------------|-----------------|----------------|-----|------|
| IPV | None | 10 | unknown | 09/30/2019 | Ordered by Julie DeVuono NP | #None Expiry: | | None |

Note for vaccine above ID:

| meningococcal conjugate quadrivalent, MenACWY-TT (MCV4) | None | 203 | unknown | 08/24/2024 | Administered by Julie DeVuono NP | Expiry: | #UP908AA | None |

Note for vaccine above ID:

**Varicella**

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|--------------|-----|--------|------------|-----------------|----------------|-----|------|
| Varicella (chicken pox) | None | 21 | unknown | 07/19/2019 | Ordered by Julie | | #S005080 | None |

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Jennifer Harris** <jharris@smithtown.k12.ny.us>      Fri, Sep 20, 2024 at 3:05 PM
Cc: Jason Lambert <jlambert@smithtown.k12.ny.us>, "msecaur@smithtown.k12.ny.us" <msecaur@smithtown.k12.ny.us>

I already spoke with the mom today and after she informed me that she was recording our phone call and threatened me with her attorney, I think it would be better if the response came from the district lawyer. I'm sorry if you already responded to her, I just wanted to make sure her email didn't go unanswered. I hope you both have a great weekend.
[Quoted text hidden]
--
**Jennifer Harris, RN**
*Accompsett Middle School*
660 Meadow Rd.
Smithtown, NY 11787
Phone: 631-382-2323
Fax: 631-361-2658

NOTICE: This e-mail message may contain privileged or confidential information. The information contained in this e-mail message is only for the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, and that any review, dissemination,

distribution, or copying of this message and any attached documents is strictly prohibited. If you have received this
message in error, please notify us by telephone at (631) 382-2000 immediately, delete this e-mail and destroy any copies.

---

**Jennifer Harris** <jharris@smithtown.k12.ny.us>                    Mon, Sep 23, 2024 at 9:54 AM
To: Jason Lambert <jlambert@smithtown.k12.ny.us>

Good Morning. The emails below are in regards to that student. I have spoken to the mother after the letter went out and
she even recorded my response. She is insisting that what she submitted is sufficient. The problem is that she is
submitting paperwork from Wild Child as her proof of vaccination. At this point maybe the district lawyer needs to draft a
letter for her.

[Quoted text hidden]

[Quoted text hidden]



**Harris**
# EXHIBIT I

 **Smithtown CSD**

Jennifer Harris <jharris@smithtown.k12.ny.us>

---

# KP- Wild Child
1 message

---

**Jennifer Harris** <jharris@smithtown.k12.ny.us>        Thu, Sep 19, 2024 at 8:03 AM
To: Jay.Cole@health.ny.gov

Hello. I have a 6th grade student that submitted the record below for her Tdap vaccine. The school was subpoenaed over the summer for her records but we received this afterwards since it wasn't due until 6th grade. We weren't given any directive on how to proceed with this family in regards to the subpoena so they were sent an exclusion Tdap letter. The parent is upset because they said it was provided. Could you help clarify for me please.

--
**Jennifer Harris, RN**
Accompsett Middle School
660 Meadow Rd.
Smithtown, NY 11787
Phone: 631-382-2323
Fax: 631-361-2658

---

📄 **doc04974220240919074346.pdf**
344K



Smithtown
CSD

Jennifer Harris <jharris@smithtown.k12.ny.us>

---

# RE: KP- Wild Child
1 message

---

**Cole, Jay M (HEALTH)** <Jay.Cole@health.ny.gov>                    Thu, Sep 19, 2024 at 9:07 AM
To: Jennifer Harris <jharris@smithtown.k12.ny.us>

All paper records from Wild Child in 2023 are invalid because she had already been suspended from administering vaccines by the state. Please refer to the email we sent on 8/2 regarding the requirement to reject all paper records from Wild Child that are not also recorded in NYSIIS.

Thanks!

**Jay Cole, DPhil**

*Pronouns: they/them (What's This?)*

Health Program Administrator 1

Bureau of School Immunization

Division of Vaccine Excellence

**New York State Department of Health**

Corning Tower Room 710

518-801-3726

jay.cole@health.ny.gov

www.health.ny.gov/immunization

---

**From:** Jennifer Harris <jharris@smithtown.k12.ny.us>
**Sent:** Thursday, September 19, 2024 8:04 AM
**To:** Cole, Jay M (HEALTH) <Jay.Cole@health.ny.gov>
**Subject:** KP- Wild Child

You don't often get email from jharris@smithtown.k12.ny.us. Learn why this is important

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.