UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,

                              Plaintiffs,

-against-

THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,

                              Defendants.

**AFFIDAVIT OF MARTINA CORTES**

Case No.: 24-cv-06836 (NJC)(LGD)

STATE OF NEW YORK    )
                           )ss.:
COUNTY OF SUFFOLK    )

      MARTINA CORTES, being duly sworn, deposes and says:

      1.      I am the school nurse for Bellport Middle School in the South Country Central Schol District ("District"), a defendant in this matter. I have been employed by the District since 2019, and I have worked as a full-time nurse at Bellport Middle School since the beginning of the 2023-2024 school year.

      2.      I submit this Affidavit based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

      3.      As a school nurse, I am responsible for ensuring students in my building (Bellport Middle School) are in compliance with New York State's mandatory immunization requirements for schools, which are set forth in Section 2164 of New York's Public Health Law.

      4.      As a school nurse, I am an authorized user who has been granted access by the New York State Department of Health ("DOH") to access the New York State Immunization Information System ("NYSIIS"), which is an official, state-wide registry of immunization records that is maintained by DOH. School users, such as myself, have "read-only access." In other words, I can review a student's immunization records on NYSIIS to confirm compliance with the State's immunization requirements, but I cannot enter or edit data on the NYSIIS. Public Health Law §

1

2164 requires healthcare providers to upload immunization documentation for their patients directly into the NYSIIS. Unlike school users, healthcare providers have the ability to enter and edit data.

5.     A.M. was a 6th grade student at Bellport Middle School. She had been enrolled in the District since 2017.

6.     Based on documents in my nurse's file, A.M. had previously received a religious exemption to New York State's vaccination requirements. (Attached as Exhibit A is a copy of documents concerning A.M.'s religious exemption). After the law changed in 2019 removing the religious exemption from the State's immunization requirements, the District received a document signed by Nurse Practitioner Julie DeVuono from Wild Child Pediatric Healthcare ("Wild Child") for A.M.'s immunizations.

7.     On or around August 20, 2024, A.M.'s family submitted a Required NYS School Health Examination Form, prepared by Dr. Darya Sterling of Peconic Bay Primary Medical Care, PC. Students must submit this form to participate in interscholastic sports. (Attached as Exhibit B is a copy of the August 20, 2024 Required NYS School Health Examination Form and enclosed immunization records from Wild Child Pediatrics.) My office received the form along with immunization records from Wild Child, signed by Julie DeVuono.

8.     I called Peconic Bay Primary Medical Care, PC. to inquire about A.M.'s vaccines. I was told that A.M. was not vaccinated by this provider but that A.M.'s mother had provided vaccination records from Wild Child.

9.     On September 9, 2024, the District's Head Nurse, Karen Edmondson, forwarded me an email she received that day from DOH's "stopvaxfraud@health.ny.gov" email account. (Attached as Exhibit C is a copy of the September 9, 2024 email). The DOH email notified the District that some of its students with vaccination records from Wild Child had been wholly or

partially invalidated and removed from NYSIIS. (*Id.*) And the email commanded the District to exclude any student as of the 14th calendar day after the start of the school year who had not submitted a new proof of vaccination or immunity. (*Id.*) The email included an excel spreadsheet listing the District students whose vaccination records were invalidated. (*Id.*) Head Nurse Edmonson informed me that a student in my school (A.M.) was on the list. (*Id.*)

10.    On September 10, 2024, I accessed the NYSIIS to search A.M.'s records and confirmed there were no immunizations in the database for her. I printed a portion of A.M.'s NYSIIS record showing the absence of immunizations to store in her school file. (Attached as Exhibit D is a copy of the September 10, 2024 NYSIIS printout).

11.    I tried contacting Plaintiff Amanda Merkling several times to discuss the matter, and left her two voicemails but she would only communicate through email. I called her on September 10, 2024 to discuss the DOH's notification that A.M.'s immunization records were invalidated, but left a voicemail when she did not answer. Later that day, Amanda Merckling emailed me asking to communicate by email concerning A.M. I tried to call Merckling again on September 11, 2024, but she once again did not pick up and emailed me back asking to communicate via email only. Our email communications, which occurred between September 10 and September 16, 2024, are attached as Exhibit E.

12.    On September 12, 2024, I informed Merckling via email that the DOH had notified the District that A.M.'s immunization record was invalid, and I asked her to submit valid immunizations by September 17, 2024. (*Id.*, p. 2.)

13.    On September 13, 2024, a letter ("Exclusion Letter") was sent to A.M.'s parents by certified mail. (Attached as Exhibit F is a copy of the September 13, 2024 letter). The Exclusion Letter said A.M. would be excluded from school beginning on September 17, 2024 unless her parents provided proof of vaccination for A.M. in accordance with New York's Public Health Law.

3

(*Id.*) The Exclusion Letter identified (1) the immunizations and doses needed for each series, (2) the acceptable forms of proof of immunization, and (3) the appeal procedure. (*Id.*)

14.     On September 13, 2024, Merckling responded to my last email asking to "explain all the options for us as our attorney is inquiring." (*Id.*) I responded later that day informing Merckling that a letter was mailed that day detailing the required immunizations. I offered to discuss the matter further by phone. (*Id.*)

15.     I never heard from Merckling regarding proof of A.M.'s immunizations or a scheduled appointment for vaccinations after this email exchange.

16.     September 13, 2024 was the last day that A.M. attended school at Bellport Middle School. She did not attend school on September 16th, 17th, or 18th.

17.     The District records system reveals that A.M.'s status was switched to homeschool on September 19, 2024.

18.     After the DOH erased A.M.'s immunizations from NYSIIS, and Amanda Merckling did not submit any new proof of vaccination or proof of immunity, the District was required by law to exclude A.M. from school. While Merckling tried at one point to submit immunization records from Wild Child in paper form, I could not accept them because the DOH had already directed school districts not to accept any records from Wild Child that were no longer in the NYSIIS.

MARTINA CORTES

Sworn to before me this 11
day of December, 2024

Notary Public

Sara Cioffaletti
Notary Public, State of New York
No. 01CI6272193
Qualified in Suffolk County
Commission Expires Nov. 13, 2028

4



**Martina Cortes**
# EXHIBIT A

BOARD OF EDUCATION
Cheryl A. Felice, President
Jack Nix, Vice-President
Lisa Di Santo
Dr. Anthony Griffin
Carol Malin
Chris Picini
Cameron Trent

# SOUTH COUNTRY
## CENTRAL SCHOOL DISTRICT



STUDENT SUPPORT
SERVICES

Ms. Kerry Carson
Director

Ms. Laurie O'Hara
Assistant Director

105 Fireplace Neck Road
Brookhaven, NY 11719
(631) 730-1781 FAX (631) 286-4914
www.southcountry.org

June 20, 2019

**CERTIFIED MAIL**



On June 13, 2019, the Governor signed into law legislation (S.2994A/A.2371) repealing the provision permitting a religious exemption of the vaccination requirements for students. This means that all schoolchildren must now be vaccinated as required by the Public Health Law, even if their parents have religious objections to the vaccinations. The new legislation is effective immediately.

Pursuant to Public Health Law §2164, every student entering or attending public school must be immunized. Public school students must be immunized against poliomyelitis, mumps, measles, diphtheria, rubella, varicella, hepatitis B, pertussis, tetanus, and where applicable, Haemophilus influenzae type b, pneumococcal disease, and meningococcal disease. The required immunizations may be administered by any health practitioner, or at no cost by the county health officer upon parental consent. Additional information on the required immunizations and doses may found at:
https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Our records indicate that your child(ren) have previously been granted a religious exemption from the immunization requirements. According to guidance issued by the New York State Education Department, the Department of Health and Office of Children and Family Services, children attending school under a religious exemption must have received the first age appropriate dose in each immunization series by June 28, 2019 to attend or remain in school. By July 14, 2019, parents and guardians must show that they have made appointments for all required follow-up doses. A copy of the New York State guidance is attached.

We encourage you to make efforts to obtain the necessary certificate or other acceptable evidence of immunization as soon as possible so that your child(ren) may continue to attend school.

Very truly yours,

*Kerry Carson*
Director of Student Support

cc: Dr. Joseph Giani, Superintendent of Schools
 Dr. Rebecca Raymond, Principal

*A tradition of quality... A future of excellence*



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)          $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To *Amanda Merckling*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3

See Reverse for Instructions

7018 0680 0000 5822 3053



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Amanda Merckling*

9590 9402 4917 9032 1890 01

2. Article Number *(Transfer from service label)*

7018 0680 0000 5822 3053

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
*Amanda Merckling*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

June 18th, 2018

RE: A███████████ M██████
DOB: █████████

To whom it may concern:

Our daughter A███████████ M██████ has a religious exemption letter for immunizations on file with the school district. Thank you.

Sincerely,

*Jusc*

Joseph Merckling

Martina Cortes
# EXHIBIT B

## REQUIRED NYS SCHOOL HEALTH EXAMINATION FORM
### TO BE COMPLETED BY PRIVATE HEALTHCARE PROVIDER OR SCHOOL MEDICAL DIRECTOR
### IF AN AREA IS NOT ASSESSED INDICATE NOT DONE

Note: NYSED requires a physical exam for new entrants and students in Grades Pre-K or K, 1, 3, 5, 7, 9 & 11; annually for interscholastic sports; and working papers as needed; or as required by the Committee on Special Education (CSE) or Committee on Pre-School Special education (CPSE).

### STUDENT INFORMATION

| Name: A... M... | Affirmed Name (if applicable): | |
|---|---|---|

Sex Assigned at Birth: ☐ Female ☑ Male    Gender Identity: ☐ Female ☑ Male ☐ Nonbinary ☐ X

| School: | Grade: 6 th | Exam Date: 8/30/24 |
|---|---|---|

### HEALTH HISTORY

If yes to any diagnoses below, check all that apply and provide additional information.

| ☐ Allergies | Type: <br> ☐ Medication/Treatment Order Attached    ☐ Anaphylaxis Care Plan Attached |
|---|---|
| ☐ Asthma | ☐ Intermittent    ☐ Persistent    ☐ Other: <br> ☐ Medication/Treatment Order Attached    ☐ Asthma Care Plan Attached |
| ☐ Seizures | Type:          Date of last seizure: <br> ☐ Medication/Treatment Order Attached    ☐ Seizure Care Plan Attached |
| ☐ Diabetes | Type: ☐ 1   ☐ 2 <br> ☐ Medication/Treatment Order Attached    ☐ Diabetes Medical Mgmt. Plan Attached |

Risk Factors for Diabetes or Pre-Diabetes: *Consider screening for T2DM if BMI% > 85% and has 2 or more risk factors:Family Hx T2DM, Ethnicity, Sx Insulin Resistance, Gestational Hx of Mother, and/or pre-diabetes.*

BMI ____ kg/m2

Percentile (Weight Status Category): ☐ <5th   ☑ 5th- 49th   ☐ 50th- 84th   ☐ 85th- 94th   ☐ 95th- 98th   ☐ 99th and >

Hyperlipidemia: ☐ Yes ☑ Not Done      Hypertension: ☐ Yes ☑ Not Done

### PHYSICAL EXAMINATION/ASSESSMENT

| Height: 5 1/4" | Weight: 73.4 lbs | BP: 92/70 | Pulse: 7C | Respirations: 16. |
|---|---|---|---|---|

| Laboratory Testing | Positive | Negative | Date | Lead Level <br> Required for PreK & K | Date |
|---|---|---|---|---|---|
| TB-PRN | ☐ | ☐ | | ☐ Test Done    ☐ Lead Elevated ≥5 µg/dL | |
| Sickle Cell Screen-PRN | ☐ | ☐ | | | |

☑ System Review Within Normal Limits

☐ Abnormal Findings – List Other Pertinent Medical Concerns Below (e.g., concussion, mental health, one functioning organ)

| ☐ HEENT | ☐ Lymph nodes | ☐ Abdomen | ☐ Extremities | ☐ Speech |
|---|---|---|---|---|
| ☐ Dental | ☐ Cardiovascular | ☐ Back/Spine/Neck | ☐ Skin | ☐ Social Emotional |
| ☐ Mental Health | ☐ Lungs | ☐ Genitourinary | ☐ Neurological | ☐ Musculoskeletal |

| ☐ Assessment/Abnormalities Noted/Recommendations: | Diagnoses/Problems (list) | ICD-10 Code* |
|---|---|---|
| ☐ Additional Information Attached | *Required only for students with an IEP receiving Medicaid | |

5/2023

Peconic Bay Primary Medical Care, PC
80 East Montauk Hwy
Hampton Bays, New York, 11946

Page 1 of 2

1
Patient Documents 2024-08-20 NYS School

| Name: M | | Affirmed Name (if applicable): | | | D |
|---|---|---|---|---|---|

## SCREENINGS

### Vision & Hearing Screenings Required for PreK or K, 1, 3, 5, 7, & 11

| Vision | With Correction ☐ Yes ☒ No | Right | Left | Referral | Not Done |
|---|---|---|---|---|---|
| Distance Acuity | | 20/ 20 | 20/ 20 | ☐ Yes | ☐ |
| Near Vision Acuity | | 20/ 20 | 20/ 20 | | ☐ |
| Color Perception Screening | ☒ Pass  ☐ Fail | | | | ☐ |
| Notes | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Hearing Passing indicates student can hear 20dB at all frequencies: 500, 1000, 2000, 3000, 4000 Hz; for grades 7 & 11 also test at 6000 & 8000 Hz. | | | | | Not Done |
| Pure Tone Screening | Right ☒ Pass ☐ Fail | Left ☒ Pass ☐ Fail | | Referral ☐ Yes | ☐ |
| Notes | | | | | |

| | | Negative | Positive | Referral | Not Done |
|---|---|---|---|---|---|
| Scoliosis Screening: Boys grade 9, Girls grades 5 & 7 | | ☒ | ☐ | ☐ Yes | ☐ |

### FOR PARTICIPATION IN PHYSICAL EDUCATION/SPORTS*/PLAYGROUND/WORK

☒ *Family cardiac history reviewed – required for Dominic Murray Sudden Cardiac Arrest Prevention Act

☒ Student may participate in all activities without restrictions.

If Restrictions Apply – Complete the information below

☐ Student is restricted from participation in:
  ☐ Contact Sports: Basketball, Competitive Cheerleading, Diving, Downhill Skiing, Field Hockey, Football, Gymnastics, Ice Hockey, Lacrosse, Soccer, and Wrestling.
  ☐ Limited Contact Sports: Baseball, Fencing, Softball, and Volleyball.
  ☐ Non-Contact Sports: Archery, Badminton, Bowling, Cross-Country, Golf, Riflery, Swimming, Tennis, and Track & Field.
  ☐ Other Restrictions:

Developmental Stage for Athletic Placement Process ONLY required for students in Grades 7 & 8 who wish to play at the high school interscholastic sports level OR Grades 9-12 who wish to play at the modified interscholastic sports level.

Tanner Stage: ☐ I  ☐ II  ☐ III  ☐ IV  ☐ V

☐ Other Accommodations*: (e.g., brace, orthotics, insulin pump, prosthetic, sports goggles, etc.) Use additional space below to explain.

*Check with the athletic governing body if prior approval/form completion is required for use of the device at athletic competitions.

## MEDICATIONS
☐ Order Form for medication(s) needed at school attached

| COMMUNICABLE DISEASE | IMMUNIZATIONS |
|---|---|
| ☐ Confirmed free of communicable disease during exam | ☐ Record Attached    ☐ Reported in NYSIIS |

## HEALTHCARE PROVIDER
Healthcare Provider Signature:
Provider Name: (please print) Dorya Sterlin D.O
Provider Address: 80 E. Montauk Hwy Ste 102, Hampton Bays, NY 11946
Phone: 631-728-4500   Fax:

Please Return This Form to Your Child's School Health Office When Completed.

5/2023

Peconic Bay Primary Medical Care PC
80 East Montauk Hwy
Hampton Bays, New York, 11946

*As per Dr. Sterling, Vaccines are valid*

## Wild Child Pediatric Healthcare
176 Park Ave, Amityville, NY 11701

**Immunization Records**

Julie DeVuono CPNP

SL #381563

Primary Provider: Julie DeVuono NP    Provider Phone: (631) 987-5928    Date: 08/01/2023

Patient Name: A_____ M_____    Ph#:631-987-5928    Fax#:631-504-0442    NPI #:1285852137

Date of Birth: _____    Patient ID:_____

### Measles, Mumps & Rubella

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|---|---|---|---|---|---|---|---|---|
| MMR | None | 03 | unknown | 09/18/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| MMR | None | 03 | unknown | 12/20/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

### Other

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|---|---|---|---|---|---|---|---|---|
| Tdap | None | 115 | unknown | 07/31/2020 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| Tdap | None | 115 | unknown | 09/01/2023 | Administered by: Julie DeVuono NP Ordered by: Julie DeVuono NP | | #: CA61C1 Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| meningococcal conjugate quadrivalent, MenACWY-TT (MCV4) | None | 203 | unknown | 09/01/2023 | Administered by: Julie DeVuono NP Ordered by: Julie DeVuono NP | | #: U7903AA Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

### Polio

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|---|---|---|---|---|---|---|---|---|
| IPV | None | 10 | unknown | 07/15/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| IPV | None | 10 | unknown | 08/30/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| IPV | None | 10 | unknown | 07/31/2020 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

Name: M_____, A_____      Signoff Notes:

## Hepatitis B

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|-------------|-----|--------|-----------|----------------|----------------|-----|------|
| Hep B, adolescent or pediatric | None | 08 | unknown | 07/15/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| Hep B, adolescent or pediatric | None | 08 | unknown | 08/30/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| Hep B, adolescent or pediatric | None | 08 | unknown | 11/20/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

## Diptheria, Tetanus, Pertusis

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|-------------|-----|--------|-----------|----------------|----------------|-----|------|
| DTaP | None | 20 | unknown | 08/16/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| DTaP | None | 20 | unknown | 09/30/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| DTaP | None | 20 | unknown | 10/30/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

## Varicella (chicken pox)

| Type | Manufacturer | CVX | Amount | Date Given | Administered By | Next Dose Date | Lot | Site |
|------|-------------|-----|--------|-----------|----------------|----------------|-----|------|
| varicella | None | 21 | unknown | 09/18/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |
| varicella | None | 21 | unknown | 12/20/2019 | Ordered by: Julie DeVuono NP | | #: None Expiry: | None |
| Note for vaccine above: JD | | | | | | | | |

**Wild Child Pediatric Healthcare**
176 Park Ave, Amityville, NY 11701
Ph# 631-987-5928
Fax# 631-504-0442

Julie DeVuono CPNP
SL #381563
NPI #1285882137

Name: M[REDACTED], A[REDACTED]

Signoff Notes:

**Martina Cortes**
# EXHIBIT C

**From:** doh.sm.STOPVAXFRAUD <STOPVAXFRAUD@health.ny.gov>
**Sent:** Monday, September 9, 2024 9:34 AM
**To:** Santana, Antonio <ASantana@southcountry.org>; Tirelli, Paula <ptirelli@southcountry.org>; Edmondson, Karen <KEdmondson@southcountry.org>; Santana, Antonio <ASantana@southcountry.org>; Longo, Kristine <KLongo@southcountry.org>; Mccoy, Kerry <KMccoy@southcountry.org>; Baumann, Jennifer <JBaumann@southcountry.org>; Cortes, Martina <MCortes@southcountry.org>
**Subject:** Wild Child Immunization Record Removals

**CAUTION:** This email originated from outside of the district. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear school administrator,

Attached is a list of students who are former patients of Julie DeVuono of Wild Child Pediatrics who will need to be excluded as of the fourteenth calendar day after the start of the school year. Some or all of their vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System (NYSIIS). You will receive a second email shortly containing the password to open this spreadsheet.

Your school must notify the person in parental relation to each of these children of their responsibility to vaccinate. For any of these children who do not provide new proof of vaccination or immunity by the fourteen day deadline, you must submit a report of exclusion to the local health department with the name and address of each excluded child. For questions about the exclusion process, please contact the New York State Education Department at studentsupportservices@nysed.gov.

In accordance with PHL § 2164 and associated regulations 10 NYCRR Subpart 66-1.9, if assistance in locating vaccinations is needed, your local health authority has been notified of your institution's situation and can be contacted to assist with finding appropriate immunizations administered by a health practitioner. The Department has informed the parents of these students that these invalid vaccinations will be deleted from NYSIIS and are not considered valid; however, you are still responsible for completing the steps detailed in this letter.

If any of the students listed in the spreadsheet no longer attend your school, you must report this to us as soon as possible at stopvaxfraud@health.ny.gov, along with information about the school they currently attend, if known.

If you have questions, you should also direct them to stopvaxfraud@health.ny.gov.

Sincerely,

**Kara Connelly, MS**
*Pronouns: she, her, hers*
Associate Director
Division of Vaccine Excellence
**New York State Department of Health**
Corning Tower
stopvaxfraud@health.ny.gov
www.health.ny.gov/immunization

| FIRST NAME | LAST NAME | DATE OF BIRTH | SCHOOL DISTRICT | RELIGIOUS EXEMPTION IN FILE? | NO. OF FRAUDULENT WILD VACCINATIONS | FRAUDULENT VACCINATION NYSIIS ENTRY DATES |
|---|---|---|---|---|---|---|
| A█████ | M█████ | █████ | South Country Central SD | Y | 14 | 7/31/20 (14) |



**Martina Cortes**
# EXHIBIT D

## Patient Information

| Patient Name (First - MI - Last) | DOB | Gender | Tracking Schedule |
|---|---|---|---|
| A████████████M██ | ████████ | F | ACIP |

## History

| Vaccine Group | Date Administered | Series | Vaccine [Trade Name] | Dose |
|---|---|---|---|---|

**This patient has no immunizations associated with it.**

Current Age: 11 years, 4 months, 25 days

## Vaccines Recommended by Selected Tracking Schedule

| Vaccine Group | Earliest Date | Recommended Date | Overdue Date | Latest Date |
|---|---|---|---|---|
| COVID-19 | 04/16/2018 | 04/16/2018 | **04/16/2018** | |
| HepA | 04/16/2014 | 04/16/2014 | **04/16/2015** | |
| HepB | 04/16/2013 | 04/16/2013 | **05/14/2013** | |
| HPV | 04/16/2022 | **04/16/2024** | 05/16/2026 | 04/15/2028 |
| Influenza | 04/16/2022 | 08/01/2024 | **04/16/2022** | |
| Mening | 04/16/2024 | **04/16/2024** | 04/16/2026 | 04/15/2035 |
| MMR | 04/16/2014 | 04/16/2014 | **08/16/2014** | |
| Polio | 05/28/2013 | 06/16/2013 | **07/16/2013** | |
| Td/Tdap | 04/16/2020 | 04/16/2020 | **04/16/2020** | |
| Varicella | 04/16/2014 | 04/16/2014 | **08/16/2014** | 04/15/2026 |

## Blood Lead Test History

| Age Tested | Completed | Age Tested | Completed | Age Tested | Completed |
|---|---|---|---|---|---|
| 1 Year Old* | No | 2 Year Old* | No | 3-6 Year Old** | Yes |

Although routine risk assessment based blood lead testing is **not required** for children either less than 6 months of age or those six years and older, health care providers may choose to test children at any age for blood lead based upon their assessment of the child's risk.

**\* Required -** New York State Public Health Law and Regulations Require Health Care Providers to test all children at age 1 year and again at age 2 with a blood lead test.
**\*\* Not Required -** One or more blood lead tests may have been completed during this timeframe.

**Click here to review the**
**NYS Guidelines for Health Care Providers for the Prevention, Identification and Management of Lead Exposure in Children**



Martina Cortes
# EXHIBIT E

 Outlook

---

## Re: voicemail

**From** Cortes, Martina <MCortes@southcountry.org>

**Date** Mon 9/16/2024 12:00 PM

**To** Cortes, Martina <MCortes@southcountry.org>

**Bcc** Kalomiris, Rosa <RKalomiris@southcountry.org>; Edmondson, Karen <KEdmondson@southcountry.org>; Colson, Jamal <JColson@southcountry.org>

To Dr. Amanda Merckling

I just wanted to follow up with you regarding my last email. Please see the following from the NYS guidelines to be considered in process to remain in school attendance:

In Process - Pursuant to 10 NYCRR §66-1.1(j), in process means that: (1) a child has received at least the first dose in each immunization series required by §2164 of the Public Health Law (except in the case of live vaccines in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) and has age appropriate interval appointments to complete the immunization series according to the Advisory Committee on Immunization Practices (ACIP) Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or (2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or (3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the ACIP Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger. (4) Children who are not fully immunized can only continue to attend school if they are in the process of completing the immunization series based on the ACIP Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger. If a child does not receive subsequent doses of vaccine in an immunization series according to the age appropriate ACIP catch-up schedule, including at appropriate intervals, the child is no longer in process and must be excluded from school within 14 days after the minimum interval identified by the ACIP catchup schedule, if not otherwise exempt in accordance with §66-1.3 of this Subpart.

Please feel free to contact me if you have any questions. Kindly confirm receipt of this email.


*Thank you,*
*Martina Cortés, RN, BSN*
*School Nurse*
*Bellport Middle School*
*35 Kreamer Street*
*Bellport, NY 11713*
*Phone: 631~730~1633*
*Fax: 631~286~0438*

**From:** Cortes, Martina <MCortes@southcountry.org>
**Sent:** Friday, September 13, 2024 7:43 PM
**To:** Amanda Merckling <
**Cc:** Kalomiris, Rosa <RKalomiris@southcountry.org>; Edmondson, Karen <KEdmondson@southcountry.org>;
Colson, Jamal <JColson@southcountry.org>
**Subject:** Re: voicemail

To Dr. Amanda Merckling

Please provide further clarification regarding your question. A certified letter was sent in the mail today.
The letter details the immunizations that are required for your child to remain in attendance. Please feel
free to call me in the health office so I can answer any other questions you may have.

*Thank you,*
*Martina Cortés, RN, BSN*
*School Nurse*
*Bellport Middle School*
*35 Kreamer Street*
*Bellport, NY 11713*
*Phone: 631~730~1633*
*Fax: 631~286~0438*

---

**From:** Amanda Merckling <
**Sent:** Friday, September 13, 2024 3:07 PM
**To:** Cortes, Martina <MCortes@southcountry.org>
**Subject:** Re: voicemail

> **CAUTION:** This email originated from outside of the district. Do not click links or open attachments
> unless you recognize the sender and know the content is safe.

Can you please explain all the options for us as our attorney is inquiring, thank you.

Dr. Amanda Merckling
pws.shaklee.com/dramandam

On Thu, Sep 12, 2024 at 5:44 PM Cortes, Martina <MCortes@southcountry.org> wrote:
To Dr. Amanda Merckling

South Country Central School District was notified by the Department of Health that your daughter,
A███████ M██████, DOB████████ immunization record is invalid. Please submit valid immunization
record prior to September 17, 2024. Please get back to me at your earliest convenience.

*Thank you,*
*Martina Cortés, RN, BSN*
*School Nurse*
*Bellport Middle School*
*35 Kreamer Street*
*Bellport, NY 11713*

*Phone: 631~730~1633*
*Fax: 631~286~0438*

---

**From:** Amanda Merckling <████████████████>
**Sent:** Thursday, September 12, 2024 5:11 PM

**To:** Cortes, Martina <MCortes@southcountry.org>
**Subject:** Re: voicemail

**CAUTION:** This email originated from outside of the district. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I respectfully request any discussion on this matter to be done via email, thank you.

Dr. Amanda Merckling
pws.shaklee.com/dramandam

On Thu, Sep 12, 2024 at 5:07 PM Cortes, Martina <MCortes@southcountry.org> wrote:

To Dr. Amanda Merckling

Currently, I am still in the Nurse's office. I just tried to reach you via the phone. Please give me a call at your earliest convenience regarding your daughter's medical records.

*Thank you,*
*Martina Cortés, RN, BSN*
*School Nurse*
*Bellport Middle School*
*35 Kreamer Street*
*Bellport, NY 11713*
*Phone: 631~730~1633*
*Fax: 631~286~0438*

---

**From:** Amanda Merckling <████████████████
**Sent:** Wednesday, September 11, 2024 2:18 PM
**To:** Cortes, Martina <MCortes@southcountry.org>
**Subject:** Re: voicemail

**CAUTION:** This email originated from outside of the district. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Just following up we received your voicemail on 9/10 and that you received my email yesterday. I am typically not available for phone calls during the day so unless there is an emergency, illness or injury with A████ email is the best form of communication. Please let me know what the voicemail was regarding. Thank you.

Dr. Amanda Merckling
pws.shaklee.com/dramandam

On Tue, Sep 10, 2024 at 3:47 PM Amanda Merckling  wrote:
Hello,
I received your voicemail after school was out for the day. Can you please email us back
whatever information you were calling us about, thank you.


Dr. Amanda Merckling
pws.shaklee.com/dramandam



**Martina Cortes**
# EXHIBIT F

BOARD OF EDUCATION

Chris Picini, President
Joseph L. Barry, Vice-President
Deborah DeLallo
Cheryl A. Felice
Rafyel Flippen
L. Anne Hayes
Tara Kavanagh

# BELLPORT MIDDLE SCHOOL
SOUTH COUNTRY CENTRAL SCHOOL DISTRICT



SUPERINTENDENT OF
SCHOOLS

Antonio Santana

BUILDING PRINCIPAL
Dr. Jamal Colson

ASSISTANT PRINCIPALS
Ms. Manouchka Daniel
Ms. Rosa Kalomiris

## Exclusion Notification For Missing Immunizations (Shots)

Dear Parent/Guardian, A▓▓▓▓ M▓▓▓▓          Date: 4/13/2024

All children must receive the immunizations (shots) required by New York State Law Section 2164 to attend school. You are receiving this letter because your child is missing the required immunization(s), or the doses were not given at the right time.

**You must provide proof of immunization(s), the required immunizations can be obtained from a health care provider or your county health department at:**

_____

Your child is not allowed to attend school beginning 9/17/24 unless you provide proof your child has received the required immunizations.

**These are the immunizations needed:**

| Immunization Name | # of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 3 |
| Polio | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Hepatitis B | 3 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (MenACWY) | |
| Hemophilus Influenzae (HIB) | |
| Pneumococcal Conjugate (PCV) | |

**Proof of Immunization can be:**

- An immunization certificate signed or stamped by your health care provider.
- A record issued by NYSIIS or CIR from NYC
- or an official immunization registry from another state or official record from a foreign country.
- An electronic health record from your provider's office.
- A blood test (titer) lab report that proves your child is immune to measles, mumps, rubella varicella (chickenpox), or hepatitis B.
- For varicella (chickenpox), a note from your health care provider (MD, NP, PA) which says your child had chickenpox.

As the parent/guardian you have the right to file a 310 appeal to the Commissioner of Education within 30 days of receiving this notice. Information can be found at www.counsel.nysed.gov/appeals

Sincerely,

_____
Dr. Jamal Colson, Principal

*A tradition of quality... A future of excellence*

ddle School
ner Street
NY 11713



# CERTIFIED MAIL

7017 1450 0000 7455 9531

To The Parent/Guardian Of
A████ M███

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Parent or Guardian
A████ M███

9590 9402 3007 7124 0539 21

2. Article Number *(Transfer from service label)*

7017 1450 0000 7455 9531

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)     $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required      $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Parent/Guardian A████ M███

Street and Apt. No., or PO Box No.

7017 1450 0000 7455 9531

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Parent or Guardian
A███████ H████

███████████████

9590 9402 3007 7124 0539 21

2. Article Number *(Transfer from service label)*

7017 1450 0000 7455 9531

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
9/16/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Yaphank, NY 11980

Certified Mail Fee $4.85
$_____ $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage $0.73
$_____

Total Postage and Fees
$ $7.68

Sent To
Parent/Guardian A████ H████

Street and Apt. No., or PO Box No.
███████████████████

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions