Fpaper UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,<br><br>           Plaintiffs,<br><br>-against-<br><br>THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,<br><br>           Defendants. | **AFFIDAVIT OF SHAWN PETRETTI**<br><br>Case No.: 24-cv-06836 (NJC)(LGD) |

STATE OF NEW YORK )
         )ss.:
COUNTY OF SUFFOLK )

  SHAWN PETRETTI, being duly sworn, deposes and says the following under penalty of perjury:

  1. I am the Superintendent of Schools for the Mattituck-Cutchogue Union Free School District ("District"), a defendant in this matter. I have been employed by the District since 1997, and served as the District Superintendent since 2021.

  2. I submit this Affidavit, which is based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

  3. On September 16, 2024, I received an email from the New York State Department of Health's ("DOH") "stopvaxfraud@health.ny.gov" email account, a copy of which is attached as Exhibit A.

  4. The DOH email notified the District that some of its students with vaccination records from Wild Child Pediatric Healthcare had been wholly or partially invalidated and removed from the New York State Immunization Information System ("NYSIIS"). (*Id.*) It also commanded the District to exclude any student who had not submitted a new proof of vaccination

1

or immunity as of the 14th calendar day after the start of the school year, which was September 17, 2024. (*Id.*)

5. The email included an Excel spreadsheet listing the District students whose vaccination records were invalidated. (*Id.*) Plaintiff C.O., a 10th grade student at Mattituck Jr./Sr. High School at the beginning of the current 2024-25 school year, was on the list.

6. On September 16, 2024, my office sent a letter I signed to C.O.'s parents (which included Plaintiff Steven Orlowski) by certified mail and email ("Exclusion Letter"), a copy of which is attached as Exhibit B.

7. In the Exclusion Letter, I explained that as per directives by the DOH, the District could not accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the NYSIIS. (*Id.*) The Exclusion Letter cautions that pursuant to DOH directives and the mandatory vaccination requirements set forth in New York's Public Health Law, the District was required to exclude C.O. from school as of September 17, 2024 (the 14th day from the start of the school year), unless her parents provided proof that C.O. had received all required immunizations. (*Id.*). The Exclusion Letter explained (1) the immunizations and doses needed for each series, (2) the acceptable forms of proof of immunization, and (3) the appeal procedure. (*Id.*)

8. On September 16, 2024, before my office sent the Exclusion Letter, I called Plaintiff Steven Orlowski to make him aware of the DOH's September 16, 2024 email directives to the District and the forthcoming Exclusion Letter.

9. School nurses and building principals are primarily responsible for ensuring students in their school building are in compliance with New York's immunization requirements, and they typically communicate with parents about vaccine related issues. However, I called Orlowski because I had built a rapport with him in my capacity as a building Principal before I

2

became Superintendent, and we had previously discussed the issue of vaccines. I understand that the High School building nurse, Jeanne Guarriello, also communicated with the family and took steps to comply with the DOH's September 16 directives.

10. On September 17, 2024, C.O. was excluded from attending school. Orlowski never submitted any proof of new vaccines, proof of immunity, or proof of an intent to get C.O. vaccinated, and he sought no requests to extend the exclusion date. Upon information and belief, September 16, 2024 was the last day that C.O. attended school at Mattituck Jr./Sr. High School.

11. On October 4, 2024 and November 1, 2024, I spoke with Orlowski by phone concerning the need for C.O.'s family to submit an instructional plan for home schooling if they did not plan to submit new immunizations that would allow C.O. to return to school. I urged them to be prompt and explained that after a certain number of absences I would be mandated to call Child Protective Services to report educational neglect.

12. On November 1, 2024, Orlowski submitted a letter of intent to withdraw C.O. and homeschool her, effective November 4, 2024, a copy of which is attached as Exhibit C.

13. After the DOH deleted C.O.'s immunizations from NYSIIS, and Orlowski failed to submit any new proof of vaccination or proof of immunity, the District was required by law to exclude C.O. from school.

_____
SHAWN PETRETTI

Sworn to before me this 10 day of December, 2024

_____
Notary Public

BARBARA JEAN SMITH
Notary Public, State of New York
Reg. No. 01SM6432871
Qualified in Suffolk County
Commission Expires June 27, 2026

3

# Petretti
# EXHIBIT A

 **Outlook**

## Fw: Wild Child Immunization Record Removals

From  Meredythe Alliegro <MAlliegro@mufsd.com>
Date  Mon 9/16/2024 11:08 AM
To    Lisa Bieber <lbieber@mufsd.com>

📎 1 attachments (16 KB)
Mattituck-Cutchogue 9-16-2024.xlsx;

Meredythe Alliegro
Director of Pupil Personnel Services
Mattituck-Cutchogue UFSD
**malliegro@mufsd.com**
631-298-4242 ext. 3600

**From:** doh.sm.STOPVAXFRAUD <STOPVAXFRAUD@health.ny.gov>
**Sent:** Monday, September 16, 2024 9:48 AM
**To:** Shawn Petretti <SCPETRETTI@mufsd.com>; Greggory Wormuth <GWormuth@mufsd.com>; CBRILEIGH@aol.com <CBRILEIGH@aol.com>; Shawn Petretti <SCPETRETTI@mufsd.com>; jeanneguarriello@gmail.com <jeanneguarriello@gmail.com>; Meredythe Alliegro <MAlliegro@mufsd.com>
**Subject:** Wild Child Immunization Record Removals

> **CAUTION:** This is an EXTERNAL email. DO NOT open attachments or click on links unless you know the sender and were expecting this message.

Dear school administrator,

Attached is a list of students who are former patients of Julie DeVuono of Wild Child Pediatrics who will need to be excluded as of the fourteenth calendar day after the start of the school year. Some or all of their vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System (NYSIIS). You will receive a second email shortly containing the password to open this spreadsheet.

Your school must notify the person in parental relation to each of these children of their responsibility to vaccinate. For any of these children who do not provide new proof of vaccination or immunity by the fourteen day deadline, you must submit a report of exclusion to the local health department with the name and address of each excluded child. For questions about the exclusion process, please contact the New York State Education Department at studentsupportservices@nysed.gov.

In accordance with PHL § 2164 and associated regulations 10 NYCRR Subpart 66-1.9, if assistance in locating vaccinations is needed, your local health authority has been notified of your institution's situation and can be contacted to assist with finding appropriate immunizations administered by a health practitioner. The Department has informed the parents of these students that these invalid vaccinations will be deleted from NYSIIS and are not considered valid; however, you are still responsible for completing the steps detailed in this letter.

If any of the students listed in the spreadsheet no longer attend your school, you must report this to us as soon as possible at stopvaxfraud@health.ny.gov, along with information about the school they currently attend, if known.

If you have questions, you should also direct them to stopvaxfraud@health.ny.gov.

Sincerely,

**Kara Connelly, MS**
*Pronouns: she, her, hers*
Associate Director
Division of Vaccine Excellence
**New York State Department of Health**
Corning Tower
stopvaxfraud@health.ny.gov
www.health.ny.gov/immunization

| FIRST NAME | LAST NAME | DATE OF BIRTH | SCHOOL DISTRICT | RELIGIOUS EXEMPTION IN FILE? | NO. OF FRAUDULENT WILD VACCINATIONS | FRAUDULENT VACCINATION NYSIIS ENTRY DATES |
|---|---|---|---|---|---|---|
| Ca | O | | Mattituck-Cutchogue UFSD | N | 13 | 9/9/20 (12); 8/17/21 (1) |
| C | | | Mattituck-Cutchogue UFSD | N | 14 | 9/22/20 (14) |

| FIRST NAME | LAST NAME | DATE OF BIRTH | SCHOOL DISTRICT | RELIGIOUS EXEMPTION IN FILE? | NO. OF FRAUDULENT WILD VACCINATIONS | FRAUDULENT VACCINATION NYSIIS ENTRY DATES |
|---|---|---|---|---|---|---|
| | | | Mattituck-Cutchogue UFSD | N | 13 | 9/9/20 (12); 8/17/21 (1) |
| | | | Mattituck-Cutchogue UFSD | N | 14 | 9/22/20 (14) |

# Petretti
# EXHIBIT B

# Outlook

**C_____ O____**

| | |
|---|---|
| **From** | Lisa Bieber <lbieber@mufsd.com> |
| **Date** | Mon 9/16/2024 3:48 PM |
| **To** | |
| **Bcc** | Meredythe Alliegro <MAlliegro@mufsd.com>; Patrick Burke <pburke@mufsd.com>; Jeanne Guarriello <jguarriello@mufsd.com>; Shawn Petretti <SCPETRETTI@mufsd.com> |

📎 3 attachments (1 MB)
_____ Immunization Letter 9.16.24.pdf; C____ O____ Immunization Letter 9.16.24.pdf; Immunization Schedule 2024.pdf;

**Please see the attached letters from Superintendent Shawn Petretti regarding immunization records and your children's attendance at Mattituck Jr. Sr. High School.
Thank you.**

Regards,

*Lisa M. Bieber*

Assistant to the Superintendent of Schools & District Clerk
Mattituck-Cutchogue U.F.S.D.
385 Depot Lane
Cutchogue, NY 11935
(631) 298-4242 x3101
lbieber@mufsd.com



Shawn C. Petretti
Superintendent of Schools
**Charles M. Delargy**
Business & Operations Administrator
**Kelly M. Urraro**
Director of Technology

Ilana Finnegan
Director of Curriculum, Instruction & Innovation
**Greggory Wormuth**
Director of Athletics, PE & Health
**Meredythe Alliegro**
Director of Pupil Personnel Services



9/16/24

# MATTITUCK-CUTCHOGUE UNION FREE SCHOOL DISTRICT
## Central Administrative Offices

CERTIFIED MAIL

To the Parents or Guardians of


Dear Parent or Guardian:

Based on directives issued to school districts by the New York State Department of Health, the School District cannot accept any paper documentation relating to vaccinations administered by Wild Child Pediatrics that are not also listed in the New York State Immunization Information System (NYSIIS). According to the updated records of your child's vaccines, based on the directive received from the New York State Department of Health, your child has not met the immunization requirements to be eligible to attend school in the School District. As described in Public Health Law Section 2164, any student that does not have the necessary immunizations set forth in the law is not permitted to attend the schools of the School District.

As of the date of this letter, your child is missing the following immunizations:
Hepatitis B: 2 doses
Meningococcal Conjugate Vaccine: 1 dose
MMR: 2 doses
Polio: 2 doses
Tdap/Td: 3 doses
Varicella: 2 doses

If you are unable to share evidence that your child is in process of receiving the aforementioned immunizations, your child will be excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR). To be considered in process, the School District must receive documentation that indicates the following:

(1) a child has received at least the first dose in each immunization series required by section 2164 of the Public Health Law (except in the case of live vaccines in which a child should wait 28 days after one live vaccine administration before receiving another live vaccine, if the vaccines were not given on the same day) AND has age appropriate appointments to complete the immunization series according to the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger; or

(2) a child has had blood drawn for a serologic test and is awaiting test results within 14 days after the blood draw; or

**BOARD OF EDUCATION**
Patricia Arslanian, President   Douglas Cooper, Vice President
Trustees: Jennifer Anderson, Jeffrey Connolly, Karen Letteriello, Lorraine Warren

385 Depot Lane• Cutchogue, NY  11935 • (631) 298-4242 • Fax (631) 298-8520 • Fax (631) 298-8573• www.mufsd.com

(3) a child's serologic test(s) are negative, and therefore the child in question has appointments to be immunized within 30 days of notification of the parent/guardian to complete, or begin completion, of the immunization series based on the Advisory Committee on Immunization Practices Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger.

Sample Exclusion Letter Proof of immunization can be:

- An immunization certificate signed or stamped by your health care practitioner.

- A record issued by the New York State Immunization Information System (NYSIIS) or Citywide Immunization Registry (CIR) from New York City or an official immunization registry from another state or official record from a foreign country.

- An electronic health record from your provider's office.

- A blood test (titer) lab report that proves your child is immune to the diseases.

- For varicella (chickenpox), a note from your health care provider (Medical Doctor, Nurse Practitioner, Physician Assistant) which says your child had chickenpox. In addition, included with this letter is a copy of the Department of Health and Human Services Immunization Catch-up Schedule to provide you with more guidance as to the next steps regarding the appropriate schedule to receive the vaccinations.

Please provide your school nurse with the required information above on or before September 16, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR) in order to prevent your child from being excluded from school as of September 17, 2024 (FOURTEEN DAYS FROM THE START OF THE 2024-2025 SCHOOL YEAR).

You have the right to appeal this determination, within thirty (30) days, to the Commissioner of Education. Information can be obtained from www.nysed.gov or Office of Counsel, New York State Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234, telephone # (518) 474-8927.

Thank you for your cooperation in this matter.

Sincerely,

Shawn C. Petretti
Superintendent

SCP:lmb

cc: M. Alliegro
    P. Burke
    J. Guarriello

Enclosure

# Petretti
# EXHIBIT C

Steven Orlowski


November 1, 2024

Mattituck-Cutchogue UFSD
385 Depot Lane
Cutchogue, NY 11935

Dear Mr. Shawn Petretti,

I am writing to inform you of my intent to withdraw my children from Mattituck Jr. Sr. High School in the Mattituck-Cutchogue UFSD effective November 4, 2024. My children will be homeschooled in compliance with New York State law moving forward.

Please be advised that I am not taking this step by choice. I am compelled to withdraw my children from your school because they have been excluded from attending without due process. This exclusion has left me no other alternative but to ensure their education continues through homeschooling.

The names of my children are as follows:

1. 
2. C███ O██████ Grade 10



I request that you provide any necessary forms or guidance on the next steps to finalize this process.

Thank you for your immediate attention to this matter.

Sincerely,


Steven Orlowski