UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,<br><br>                                    Plaintiffs,<br>    -against-<br><br>THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,<br><br>                                    Defendants. | **AFFIDAVIT OF MICHAEL JANTZEN**<br><br>Case No.: 24-cv-06836 (NJC)(LGD) |

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF SUFFOLK   )

        MICHAEL JANTZEN, being duly sworn, deposes and says the following under penalty of perjury:

        1.     I am the Principal of R.C. Murphy Junior High School in the Three Village Central Schol District ("District"), a defendant in this matter. I have been employed by the District since 2005, and I have worked as the Principal of R.C. Murphy Junior High School since July 2024.

        2.     I submit this Affidavit based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

        3.     As a school Principal, I am responsible for ensuring students in my building (R.C. Murphy Junior High School) are in compliance with New York State's mandatory immunization requirements for schools, which are set forth in Section 2164 of New York's Public Health Law.

        4.     When a student is found to be non-compliant with State immunization requirements, I coordinate with the building nurse to communicate with the family about what is required for the student to be able to remain in school.

1

5. A.H. was a 9th grade student at R.C. Murphy Junior High School. She had been enrolled in the District since 2015.

6. On September 9, 2024, the District's Assistant Superintendent for Pupil Personnel Services, Erin Connolly, informed me of an email she received on September 9, 2024 from the New York State Department of Health's ("DOH") "stopvaxfraud@health.ny.gov" email account. (Attached as Exhibit A is a copy of the September 9, 2024 email.) The DOH email notified the District that some of its students with vaccination records from Wild Child had been wholly or partially invalidated and removed from NYSIIS. (*Id.*) And the email commanded the District to exclude any student as of the 14th calendar day after the start of the school year who had not submitted a new proof of vaccination or immunity. (*Id.*) The email included an Excel spreadsheet listing the District students whose vaccination records were invalidated. (*Id.*) I was informed that a student in my school (A.H.) was on the list. (*Id.*)

7. On September 10, 2024, I sent a letter ("Exclusion Letter") to A.H.'s parents by first class mail and certified mail. (Attached as Exhibit B is a copy of the Exclusion Letter.) The Exclusion Letter said the District was notified by the DOH that A.H.'s immunization records from Wild Child were invalidated. (*Id.*) The Exclusion Letter cautioned that pursuant to DOH directives and the mandatory vaccination requirements set forth in New York's Public Health Law, the District was required to exclude A.H. from school as of September 17, 2024, unless her parents provided proof of vaccination for A.H. in accordance with New York's Public Health Law. (*Id.*). The letter explained (1) the immunizations and doses needed for each series, (2) the acceptable forms of proof of immunization, and (3) the appeal procedure. (*Id.*)

8. On September 17, 2024, I sent a follow-up letter to A.H.'s parents informing them that the District had not received any proof of A.H.'s immunizations or proof that A.H. was in the

process of receiving the immunizations required under the Public Health Law; so A.H. would be excluded from school as of September 17, 2024. (Attached as Exhibit C is a copy of the September 17, 2024 letter).

9. A.H. was excluded from school as of September 17, 2024.

10. On September 23, 2024, A.H.'s parents submitted a letter indicating they were withdrawing A.H. from enrollment in the District and their intention to homeschool A.H. (A copy of this letter of intent is attached as Exhibit D.) The District records reveal that A.H.'s status was switched to homeschool effective September 18, 2024.

11. After the DOH erased A.H.'s immunizations from NYSIIS, and her parents did not submit any new proof of vaccination or proof of immunity, the District was required by law to exclude A.H. from school.

_/s/ Michael Jantzen_<br>
MICHAEL JANTZEN

Sworn to before me this 10th day of December, 2024

_Caroline M. Freiss_
Notary Public

> CAROLINE M. FREISS
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01FR6372309
> Qualified in Suffolk County
> Commission Expires March 19, 2026

# Jantzen
# EXHIBIT A

From: doh.sm.STOPVAXFRAUD <STOPVAXFRAUD@health.ny.gov>
Sent: Monday, September 9, 2024 9:34 AM
To: Scanlon, Kevin <kscanlon@3villagecsd.k12.ny.us>; Connolly, Erin <econnoll@3villagecsd.k12.ny.us>;
Subject: Wild Child Immunization Record Removals
Importance: High

Dear school administrator,

Attached is a list of students who are former patients of Julie DeVuono of Wild Child Pediatrics who will need to be excluded as of the fourteenth calendar day after the start of the school year. Some or all of their vaccination records from Wild Child Pediatrics have been invalidated and removed from the New York State Immunization Information System (NYSIIS). You will receive a second email shortly containing the password to open this spreadsheet.

Your school must notify the person in parental relation to each of these children of their responsibility to vaccinate. For any of these children who do not provide new proof of vaccination or immunity by the fourteen day deadline, you must submit a report of exclusion to the local health department with the name and address of each excluded child. For questions about the exclusion process, please contact the New York State Education Department at studentsupportservices@nysed.gov.

In accordance with PHL § 2164 and associated regulations 10 NYCRR Subpart 66-1.9, if assistance in locating vaccinations is needed, your local health authority has been notified of your institution's situation and can be contacted to assist with finding appropriate immunizations administered by a health practitioner. The Department has informed the parents of these students that these invalid vaccinations will be deleted from NYSIIS and are not considered valid; however, you are still responsible for completing the steps detailed in this letter.

If any of the students listed in the spreadsheet no longer attend your school, you must report this to us as soon as possible at stopvaxfraud@health.ny.gov, along with information about the school they currently attend, if known.

If you have questions, you should also direct them to stopvaxfraud@health.ny.gov.

Sincerely,

**Kara Connelly, MS**
*Pronouns: she, her, hers*
Associate Director
Division of Vaccine Excellence
**New York State Department of Health**
Corning Tower
stopvaxfraud@health.ny.gov
www.health.ny.gov/immunization

| FIRST NAME | LAST NAME | DATE OF BIRTH | SCHOOL DISTRICT | RELIGIOUS EXEMPTION IN FILE? | NO. OF FRAUDULENT WILD VACCINATIONS | FRAUDULENT VACCINATION NYSIIS ENTRY DATES |
|---|---|---|---|---|---|---|
| | | | Three Village CSD | N | 16 | 10/26/20 (16) |
| | | | Three Village CSD | N | 14 | 8/7/20 (12); 8/20/20 (2) |
| | | | Three Village CSD | N | 14 | 9/2/20 (14) |
| | | | Three Village CSD | N | 14 | 9/2/20 (13); 9/4/20 (1) |
| | | | Three Village CSD | N | 16 | 10/26/20 (15); 10/28/21 (1) |
| | | | Three Village CSD | N | 14 | 9/2/20 (14) |
| A | H | | Three Village CSD | N | 13 | 9/2/20 (13) |
| | | | Three Village CSD | N | 13 | 8/7/20 (13) |

# Jantzen
# EXHIBIT B



**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

*September 10, 2024*

**VIA FIRST-CLASS MAIL &**
**CERTIFIED MAIL, R.R.R.**

To Parent/Guardian of: A▮▮▮ H▮▮▮

▮▮▮▮▮▮▮▮

RE: A▮▮▮ H▮▮▮ NOTICE OF EXCLUSION FROM SCHOOL

Dear Parent/Guardian:

We have received the enclosed notice from the New York State Department of Health that the immunization records provided to the Three Village Central School District ("District") for your child were invalidated because your child received invalid vaccinations from Wild Child Pediatrics. **As a result, your child will be excluded from attending the schools of the District effective Tuesday, September 17, 2024** in accordance with Public Health Law § 2164 and directives from the New York State Department of Health.

**Your child needs the following immunizations to attend school**

| Immunization | Number of Doses Needed |
|---|---|
| Diphtheria/Tetanus/Pertussis (DTaP or Tdap) | 3 |
| Polio | 3 |
| Measles/Mumps/Rubella (MMR) | 2 |
| Hepatitis B | 3 |
| Varicella (Chickenpox) | 2 |
| Meningococcal Conjugate (MenACWY) | 1 |
| Hemophilus Influenzae (HIB) | N/A |
| Pneumococcal Conjugate (PCV) | N/A |

Section 2164 of the Public Health Law mandates that absent a proper statutory exemption, no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization or medical documentation that the child is in the process of receiving the immunizations. When a student has failed to provide proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school. Furthermore, to be considered in process, a child must receive the subsequent dose of each vaccine series within 14 days after the minimum interval identified by the ACIP catch up schedule, or the child is no longer in process. Additional information on the required immunizations and doses may found at:

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

Board of Education
Susan E. Megroz Rosenzweig, President
Karen Roughley, Vice President

Dr. Jeffrey Kerman
Dr. Shaorui Li
Dr. David McKinnon

Vincent Vizzo
Dr. Stanley Bak
Inger Germano, District Clerk

https://www.cdc.gov/vaccines/hcp/imz-schedules/downloads/child/0-18yrs-child-combined-schedule.pdf.

In accordance with New York State Public Health Law § 2164, unless and until you are able to provide the District with adequate proof of the required immunizations or adequate proof that your child is in the process of receiving such immunizations as defined in 10 NYCRR § 66-1.1(j) of the regulations of the Department of Health, including dates of immunization appointments, or you submit to the District a valid request for a medical exemption and same is granted, your child will no longer be permitted to continue attendance at school effective September 17, 2024.

In accordance with Public Health Law § 2164 (8-a)(a), and the regulations of the Department of Health, 10 NYCRR § 66-1.8, please be advised that it continues to remain your responsibility to have your child immunized. We are also required to notify the local health authority of your child's name and address and of the immunizations which your child currently lacks upon your child's exclusion. In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the county health official. The county health official may provide additional information to assist you in obtaining these immunizations for your child. This information may be found at:

Suffolk County Department of Health Services
3500 Sunrise Hwy, Suite 124, Great River, NY 11739
Tel: (631) 854-0000
Website: https://www.suffolkcountyny.gov/health
Email: scdhsweb@suffolkcountyny.gov

Please be advised, this determination does not relieve you of the obligation to ensure that a minor from six to sixteen years of age attends school upon full-time instruction as required under Article 65 of the New York State Education Law. Therefore, we request that you notify us immediately, should you select a different education option for your child.

Finally, please be advised that pursuant to Public Health Law § 2164 (7)(b), a parent of a child denied school entrance or attendance may appeal within thirty (30) days of the date of this decision by petition to the Commissioner of Education in accordance with the provision or of Education Law § 310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found at: http://www.counsel.nysed.gov/.

Please feel free to contact my office should you have any questions concerning this correspondence.

Sincerely,

*[signature]* (representative for Michael Jantzen)

Michael Jantzen
Principal

Enclosure
cc: School Nurse

Dr. Kevin Scanlon, Superintendent of Schools
Jeffrey Carlson, Interim Deputy Superintendent
Dr. Gary Dabrusky, Assistant Superintendent, Human Resources
Dr. Brian Biscari, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| Board of Education | Dr. Jeffrey Kerman | Vincent Vizzo |
| --- | --- | --- |
| Susan E. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |

# Jantzen
# EXHIBIT C



**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

September 17, 2024

To Parent/Guardian of: A▇▇ H▇▇

RE:  A▇▇ H▇▇ **NOTICE OF EXCLUSION FROM SCHOOL**

Dear Parent/Guardian:

Pursuant to Section 2164 of the New York State Public Health Law, you were previously informed of the necessity of submitting proof of immunization for your child, A▇▇ H▇▇. To date, the District has not received proof that your child has received all the immunizations required by law or is in the process of receiving such immunizations. Additional information on the required immunizations and doses may found at:

https://www.health.ny.gov/publications/2370.pdf

https://www.cdc.gov/vaccines/hcp/imz-schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Section 2164 of the Public Health Law mandates that absent a proper statutory exemption, no child may be allowed to attend school for more than fourteen (14) days without providing the District with an appropriate immunization certificate, acceptable medical documentation of immunization or medical documentation that the child is in the process of receiving the immunizations. When a student has failed to provide proof that he/she has been properly immunized or is in the process of receiving immunizations, the District is obligated by law to exclude that student from attendance at school.

**In accordance with New York State Public Health Law § 2164, unless and until you are able to provide the District with adequate proof of the required immunizations or adequate proof that your child is in the process of receiving such immunizations as defined in 10 NYCRR § 66-1.1(j) of the regulations of the Department of Health, including dates of immunization appointments, or you submit to the District a valid request for a medical exemption, your child will no longer be permitted to continue attendance at school as of September 17, 2024.**

In accordance with Public Health Law § 2164 (8-a)(a), and the regulations of the Department of Health, 10 NYCRR § 66-1.8, please be advised that it continues to remain your responsibility to have your child immunized. We are also required to notify the local health authority of your child's name and address and of the immunizations which your child currently lacks. In the event you do not wish to select a health practitioner to administer the required immunizations, your child may be immunized with your consent and without charge by the county health officer. The county health official may provide additional information to assist you in obtaining these immunizations for your child.

This information may be found at:
Suffolk County Department of Health at (631) 854-0222.
https://suffolkcountyny.gov/Departments/Health-Services/Patient-Care/Immunization-Action-Program

Dr. Kevin Scanlon, **Superintendent of Schools**
Jeffrey Carlson, **Interim Deputy Superintendent**
Dr. Gary Dabrusky, **Assistant Superintendent, Human Resources**
Dr. Brian Biscari, **Assistant Superintendent, Educational Services**
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| **Board of Education** | Dr. Jeffrey Kerman | Vincent Vizzo |
| Susan E. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |

Please be advised, this determination does not relieve you of the obligation to ensure that a minors from six to sixteen years of age attends school upon full time instruction as required under Article 65 of the New York State Education Law. Therefore, we request that you notify us immediately, should you select a different education option for your child.

Finally, please be advised that pursuant to Public Health Law § 2164 (7)(b), a parent of a child denied school entrance or attendance may appeal within thirty (30) days of the date of this decision by petition to the Commissioner of Education in accordance with the provision or of Education Law § 310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found at: http://www.counsel.nysed.gov/.

Please feel free to contact my office should you have any questions concerning this correspondence.

Sincerely,

Michael Jantzen
Principal

Dr. Kevin Scanlon, **Superintendent of Schools**
Jeffrey Carlson, **Interim Deputy Superintendent**
Dr. Gary Dabrusky, **Assistant Superintendent, Human Resources**
Dr. Brian Biscari, **Assistant Superintendent, Educational Services**
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-380-6915

| **Board of Education** | Dr. Jeffrey Kerman | Vincent Vizzo |
|---|---|---|
| Susan E. Megroz Rosenzweig, President | Dr. Shaorui Li | Dr. Stanley Bak |
| Karen Roughley, Vice President | Dr. David McKinnon | Inger Germano, District Clerk |

# Jantzen
# EXHIBIT D

# Gonsalves, Theresa

| | |
|---|---|
| **From:** | Nulty, Kimberly |
| **Sent:** | Tuesday, September 24, 2024 3:54 PM |
| **To:** | Registrar |
| **Subject:** | ▮A▮▮ |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good afternoon,

I received a letter of intent to home school ▮▮▮▮▮▮ grade 6 (Mount) and A▮▮ H▮▮, grade 9 (Murphy). As per mom, they have been excluded from school as of 9/17 and they are involved in a lawsuit regarding the matter. She will home school at least until a decision is made in the lawsuit.

**Kim Nulty**
Educational Services
Three Village Central School District
100 Suffolk Avenue
Stony Brook, NY 11790
631-730-4060

1

| | 580201 THREE VILLAGE CSD District 100 Suffolk Ave., Stony Brook, NY 11790 Generated on 10/24/2024 12:00:56 PM Page 1 of 2 | H█████ A███ Enrollment History  Date: 10/24/2024 |

## Enrollment History

| Grade | Type | Calendar (Schedule Name) | Start Date | End Date |
|---|---|---|---|---|
| 09 | P | 24-25 Home Instructed | 09/18/2024 | |

Local Start Status: 8294 School-age children on the roster for census purposes only
Local End Status:
State Start Status: 8294 School-age children on the roster for census purposes only
State End Status:

| 09 | S | 24-25 RCM CO-CURRICULAR | 07/01/2024 | 09/17/2024 |

Local Start Status: 8294 School-age children on the roster for census purposes only
Local End Status:
State Start Status: 8294 School-age children on the roster for census purposes only
State End Status:

| 09 | P | 24-25 RC MURPHY JHS | 07/01/2024 | 09/17/2024 |

Local Start Status: 0011 Enrollment in building or grade
Local End Status: 255 Transferred to home-schooling ...student transfer to Home Instruction per K Nulty
State Start Status: 0011 Enrollment in building or grade
State End Status: 255 Transferred to home-schooling ...student transfer to Home Instruction per K Nulty

| 08 | P | 23-24 RC MURPHY JHS | 07/01/2023 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 08 | S | 23-24 RCM CO-CURRICULAR | 07/01/2023 | |

Local Start Status: 8294 School-age children on the roster for census purposes only
Local End Status:
State Start Status: 8294 School-age children on the roster for census purposes only
State End Status:

| 07 | P | 22-23 RC MURPHY JHS | 07/01/2022 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 06 | P | 21-22 WS MOUNT ES | 07/01/2021 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 05 | P | 20-21 WS MOUNT ES | 07/01/2020 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 04 | P | 19-20 WS MOUNT ES | 07/01/2019 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 03 | P | 18-19 WS MOUNT ES | 07/01/2018 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 02 | P | 17-18 WS MOUNT ES | 07/01/2017 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| 01 | P | 16-17 WS MOUNT ES | 07/01/2016 | |

Local Start Status: 0011 Enrollment in building or grade
Local End Status:
State Start Status: 0011 Enrollment in building or grade
State End Status:

| Grade | Type | Calendar (Schedule Name) | Start Date | End Date |
|---|---|---|---|---|
| KN | P | 15-16 WS MOUNT ES | 07/01/2015 | |

*Local Start Status:* 0011 Enrollment in building or grade
*Local End Status:*
*State Start Status:* 0011 Enrollment in building or grade
*State End Status:*

| P4 | P | 14-15 xPreK Mount | 04/16/2015 | |

*Local Start Status:* 8294 School-age children on the roster for census purposes only (requesting religious exemption of immunizations)
*Local End Status:*
*State Start Status:* 8294 School-age children on the roster for census purposes only (requesting religious exemption of immunizations)
*State End Status:*