UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WALKER, as Parent and Natural Guardian of M.W., et al.,<br><br>                                      Plaintiffs,<br>      -against-<br><br>THE NEW YORK STATE DEPARTMENT OF HEALTH, et al.,<br><br>                                      Defendants. | **AFFIDAVIT OF CHRISTINE TRENTINI**<br><br>Case No.: 24-cv-06836 (NJC)(LGD) |

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF SUFFOLK  )

       CHRISTINE TRENTINI, being duly sworn, deposes and says the following under penalty of perjury:

       1.     I am the school nurse for R.C. Murphy Junior High School in the Three Village Central Schol District ("District"), a defendant in this matter. I have been employed by the District since August 2014.

       2.     I submit this Affidavit, which is based on my personal knowledge and review of the District's records, in support of the District's opposition to Plaintiffs' motion for a preliminary injunction.

       3.     As a school nurse, I am responsible for ensuring students in my building (R.C. Murphy Junior High) are in compliance with New York State's mandatory immunization requirements for schools, which are set forth in Section 2164 of New York's Public Health Law.

       4.     As a school nurse, I am an authorized user who has been granted access by the New York State Department of Health to access the New York State Immunization Information System ("NYSIIS"), which is an official, state-wide registry of immunization records that is maintained

1

by the New York State Department of Health ("DOH"). School users, such as myself, only have "read-only access." In other words, I can review a student's immunization records on NYSIIS to confirm compliance with the State's immunization requirements, but I cannot enter or edit data on the NYSIIS. Public Health Law § 2164 requires healthcare providers to upload immunization documentation for their patients directly into the NYSIIS. Unlike school users, healthcare providers have the ability to enter and edit data.

5. On September 9, 2024, the District's Assistant Superintendent for Pupil Personnel Services, Erin Connolly, informed me of an email she received on September 9, 2024 from the New York State Department of Health's ("DOH") "stopvaxfraud@health.ny.gov" email account. (A copy of this September 9, 2024 is attached as Exhibit A to the Affidavit of Principal Michael Jantzen.)

6. The DOH email notified the District that some of its students with vaccination records from Wild Child Pediatric Healthcare had been wholly or partially invalidated and removed from NYSIIS. (*Id.*) It also commanded the District to exclude any student who had not submitted a new proof of vaccination or immunity as of the 14th calendar day after the start of the school year. (*Id.*)

7. The email included an Excel spreadsheet listing the District students whose vaccination records were invalidated. (*Id.*) Plaintiff A.H., a 9th grade student at R.C. Murphy Junior High School at the beginning of the current 2024-20235 school year, was on the list. (*Id.*)

8. On September 10, 2024, I accessed NYSIIS to search A.H.'s records and confirmed there were no immunizations in the database for her.

9. After the DOH erased A.H.'s immunizations from NYSIIS, and Alyson Halpin did not submit any new proof of vaccination or proof of immunity, the District was required by law to exclude A.H. from school.

_____
CHRISTINE TRENTINI

Sworn to before me this
10th day of December, 2024

_____
Notary Public

```
CAROLINE M FREISS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6372309
Qualified in Suffolk County
Commission Expires March 19, 2026
```