

1. Article Addressed to:

Commissioner James McDonald
NYS Dept. of Health
Corning Tower
Empire State Plaza
Albany NY 12237

2. Article Number: 7011 1570 0000 0159 1770